**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

MIGHTY MEN OF GOD, INC.
a Florida corporation, d/b/a MIGHTY MEN,                    CASE NO.:

      Plaintiff,

v.

WORLD OUTREACH CHURCH OF MURFREESBORO TENNESSEE, INCORPORATED,
a Tennessee corporation, d/b/a www.mightymenusa.org, d/b/a/ www.intendministries.org,
INTEND MINISTRIES, Angus Buchan, Phillip Jackson, and G. Allen Jackson,

      Defendants.

_____/

## COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

Plaintiff, MIGHTY MEN OF GOD, INC., ("MMOG") by and through its undersigned Counsel, sues Defendants, WORLD OUTREACH CHURCH OF MURFREESBORO TENNESSEE, INCORPORATED, ("WOC"), d/b/a www.mightymenusa.org, d/b/a/ www.intendministries.org, INTEND MINISTRIES, ("INTEND"), Angus Buchan, ("BUCHAN"), Phillip Jackson, and Pastor G. Allen Jackson, and hereby alleges as follows:

### JURISDICTION AND VENUE

1. This is a complaint against Defendants for trademark infringement/common law trademark infringement/false designation or origin arising under the Lanham Act. 15 U.S.C. § 1051 *et. seq.,* and unfair competition under Florida law, including Fla. Stat. § 501.201, *et seq.*

2. This Court has jurisdiction over the parties and over the subject matter of this action pursuant to 15 USC §1121, and 28 USC §1331, §1332, and §1367.

3. Venue is proper under 28 USC §§ 1337, 1391 and 1400(a) because Defendants transact business in, or is otherwise subject to the jurisdiction of this judicial district for

1

Defendants offer, promote, and sell services and related products that are the subject of this action in this judicial district and to persons in this district through its websites, such that maintenance of suit for such acts in this judicial district would not violate due process. (Exhibits 1,2,3,4,5,7,9,11,15,16,17,18,19,20).

4. Defendants are subject to personal jurisdiction in this Court pursuant to the provisions of Florida's Long Arm Statute, Fla. Stat. 48.193 and the Due Process Clause of the Fourteenth Amendment, because Defendants' infringement has taken place within the context of various websites and activities, which are intentionally directed to and accessibly by residents of this judicial district, including attendees and prospective attendees of Plaintiff's services.

## THE PARTIES

5. Plaintiff, MMOG is a Florida corporation having its principal place of business in Orange County, Florida.

6. Plaintiff, MMOG is the owner of US Trademark Registration Nos: 3526689, for the mark MIGHTY MEN OF GOD, for educational services, namely, conducting conferences in the field of men's ministry, and 2899732, for the mark MIGHTY MEN, for educational services, namely, conducting conferences in the field of men's ministry. (See Exhibit File Wrapper 77326526 and File Wrapper 78287311).

7. Defendant, WORLD OUTREACH CHURCH OF MURFREESBORO TENNESSEE, INCORPORATED, is a Tennessee corporation that conducts business in this judicial district and makes sales of infringing items and services that infringe upon Plaintiff's registered trademarks. (Exhibits 6 and 17).

2

8. Defendant, INTEND MINISTRIES, is a Tennessee non profit corporation that conducts business in this judicial district and makes unauthorized sales of items and offers services that infringe upon Plaintiff's registered trademarks. (Exhibits 10 and 18).

9. Defendant, ANGUS BUCHAN, is an individual who is providing educational services featuring religious subject matter throughout the United States in the form of conferences being advertised and promoted under MIGHTY MEN. (Exhibits 1, 2, 3, 4, 8, 15).

10. Defendant, PHILLIP JACKSON, is an individual who is listed as the Registrant for the domain www.mightymenusa.org. He is related to Defendant G. Allen Jackson and helped coordinate the Mighty Men USA Conference held in Nashville, Tennessee. (Exhibits 5 and 12). He is also a pastor for Defendant World Outreach Church. (Exhibit 5).

11. Defendant, G. ALLEN JACKSON, is an individual who speaks alongside Defendant Buchan at conferences being advertised and promoted under MIGHTY MEN in the United States. (Exhibits 1, 2, 3, 5, 11). He is the senior pastor for Defendant World Outreach Church. (Exhibit 5).

12. At all times relevant, Plaintiff has used the Marks to identify its goods and services to the consuming public. (Exhibits 13-14). Plaintiff has hosted conferences in 17 different states, i.e., Tennessee, Texas, Georgia, Florida, Alabama, Arizona, Illinois, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, North Carolina, Oklahoma, Virginia in various different venues since September 5, 2003. (Exhibit 14). Plaintiff has promoted and advertised educational conferences since at least as early as August 2003. (Exhibit File Wrapper 78287311 and Exhibit 14). Plaintiff has distributed

and sold cds under the MIGHTY MEN mark since at least as early as the filing date of its trademark application, Serial Number 78287311.  (Exhibit File Wrapper 78287311).

13. Plaintiff has discovered that Defendants WOC, Angus Buchan, and G. Allen Jackson, are offering nearly identical services, namely conducting educational seminars and conferences in the field of men's ministry; under the identical MIGHTY MEN trademark. (See Exhibits 1, 3, 4, 7, 9, 11, 12, 15, 16, 17, 18, 20).  Defendant World Outreach Church d/b/a as www.Intendministries.org is also making and distributing various unauthorized items throughout the world, including dvds and cds, ranging from $9.99-19.99 bearing the MIGHTY MEN mark to the public. (See Exhibits 1, 3, 17, 18).  These infringing items are available for sale all over the world, specifically in Florida and have caused both a likelihood of confusion and actual confusion. (See Exhibits 1, 3, 17, 18). Defendant Intend Ministries is also making and distributing various unauthorized items throughout the world, including dvds and cds, ranging from $9.99-19.99 bearing the MIGHTY MEN mark to the public through the website www.intendministries.org. (See Exhibits 18).  Defendant Phillip Jackson helped coordinate and organize the Mighty Men USA Conference held in Nashville, Tennessee.  (See Exhibits 1, 5, 12).

14. Plaintiff is the owner of all rights in and to the Mark and its use predates that of Defendants, and Plaintiff is the senior user of the Mark. (See Exhibits File Wrapper 77326526 and File Wrapper 78287311).

15. Plaintiff is the owner of all statutory and common law rights in and to the Mark and its rights are senior to and superior to those of Defendants. (See Exhibits File Wrapper 77326526 and File Wrapper 78287311).

16. Since Defendants began using the infringing mark, which is identical to Plaintiff's Mark in almost all respects, Plaintiff has lost substantial sales to Defendants.

17. Defendant Phillip Jackson is listed as the Registrant of www.mightymenusa.org and is promoting and advertising unauthorized services and products being offered by codefendants under the MIGHTY MEN trademark. (See Exhibit 12). He is Defendant G. Allen Jackson's brother and is also a Pastor for World Outreach Church. (See Exhibit 5). Defendant Phillip Jackson is also listed as the registered agent for World Outreach Church and Intend Ministries based on records available online at the Tennessee Secretary of State website,

18. Defendants' unauthorized and infringing use of its mark has caused and is likely to cause confusion in the marketplace. (Exhibits 1, 2, 3, 16, 18, 19).

19. Defendant World Outreach Church d/b/a as www.Intendministries.org is promoting and advertising the sale of unauthorized products under Mighty Men USA. (See Exhibits 1, 3, 17, 18).

20. Plaintiff has expended substantial sums in advertising and promoting its goods and services under the Mark MIGHTY MEN, and its usage of the Mark has been continuous and uninterrupted for over a decade, specifically since at least as early as October 30, 2002. (See Exhibit File Wrapper 78287311).

21. Plaintiff has expended substantial sums in advertising and promoting its goods and services under the Mark MIGHTY MEN OF GOD, and its usage of the Mark has been continuous and uninterrupted for over a decade, specifically since at least as early as February 17, 2003. (See Exhibit File Wrapper 77326526).

22. Defendants continue to use the infringing mark to promote and advertise its seminars and related products targeting men through Defendants' various websites and through third party websites under the MIGHTY MEN trademark. (Exhibits 1,2,3,4,5,7,9,11,15,17,20).

23. Defendants WOC d/b/a Intendministries, Buchan, and G. Allan Jackson, have willfully infringed on Plaintiff's rights and with full knowledge of Plaintiff, and Defendants continues to infringe with no intention to discontinue their infringing use. (Exhibit 1, 3, 4, 7, 9, 16, 17, 18).

24. As a result of Defendants' acts of infringement, Plaintiff has been damaged, has suffered reduced sales volume, and has suffered actual and likelihood of confusion. (Exhibits 1, 2, 3, 5, 11, 15, 17, 18, 19).

25. Defendants' acts are tantamount to willful infringement, and are a deliberate attempt to misappropriate the goodwill associated with Plaintiff's Mark, and is likely to and has caused confusion, as to the source, sponsorship and affiliation of their goods and services.

26. As a result of Defendants' unlawful conduct, Plaintiff has suffered significant and substantial damage, including damage to its reputation and the goodwill associated with its Mark.

27. The Plaintiff has no control over the quality of the services, i.e., educational conferences, being offered to the public by the Defendants, the Plaintiff's valuable goodwill in respect to its aforesaid trademarks is at the mercy of Defendants.

28. All conditions precedent to Plaintiff's claims have been satisfied.

29. The Plaintiff has engaged the services of the undersigned to represent it in this action and is obligated to pay a reasonable attorney's fee for the use of said services.

**COUNT I- TRADEMARK INFRINGEMENT/COMMON LAW TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN UNDER 15 USC §1125(a)**

30. Plaintiff re-alleges and incorporates paragraphs 1-29 as though set forth in full herein.

31. This is an action for trademark infringement/common law trademark infringement and false designation of origin under Section 43(a) of the Lanham Act, 15 USC §§1114, and 1125(a).

32. Plaintiff owns federal registrations for the trademarks identified in Exhibits File Wrapper 77326526 and File Wrapper 78287311. These registrations are in full force and effect and are enforceable.

33. Defendants, without the consent of Plaintiff, are using the mark MIGHTY MEN in connection with the advertisement of Defendants' conferences and sale of dvds and cds of recordings of Defendants' conferences, which is likely to cause confusion, or to cause mistake or to deceive as to the affiliation, connection, or association of Defendants with Plaintiff's MIGHTY MEN and MIGHTY MEN OF GOD Marks, or as to the origin, sponsorship, or approval of their goods and services by Plaintiff in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

34. Defendants WOC, Buchan, and G. Allen Jackson have hosted two conferences in the United States attracting attendees from all over the United States. (Exhibit 1, 2, 3,5, 9, 11, 16, 20). Each conference required attendees to pay an entry-ticket of at least $20.00. (Exhibits 1, 16). The first conference hosted at MTSU Murphy Center in Murfreesboro, Tennessee on May 3, 2013 had at least 10,000 attendees. (Exhibit 15). The second conference was hosted at the Bridgestone Arena in Nashville, Tennessee on November 17, 2013 and had at least 15,000 attendees according to a Facebook post by World Outreach church dated November 15, 2013, who charged $25.00 per entry ticket. (Exhibit 1, 3, 16).

35. Further, Defendants have falsely misrepresented the nature, characteristics, qualities, and geographic origin of its goods and services and commercial activities, as reflected in Defendants' website and other third party websites. (Exhibits 4 and 17).

36. Defendants' use of the infringing mark, as described herein, is causing and will continue to cause damage to Plaintiff, including, but is not limited to, irreparable harm for which there is no adequate remedy at law.

37. Defendants' infringement will continue unless enjoined by the Court.

## COUNT II-UNFAIR COMPETITION UNDER FLORIDA LAW

38. Plaintiff re-alleges and incorporates paragraphs 1-29 as though set forth in full herein.

39. Defendants' conduct described herein constitutes unfair competition and unfair or deceptive acts or practices in the conduct of any trade commerce within the meaning of Section 501.204 under Florida law.

40. Defendants' conduct is willful and intentional, and has caused and is continuing to cause irreparable harm and damages for which MMOG has no adequate remedy at law. Unless enjoined, Defendants will commit further violations.

## COUNT III-DECEPTIVE AND UNFAIR TRADE PRACTICES UNDER FLA. STAT. §501.201

41. Plaintiff re-alleges and incorporates paragraphs 1-29 as though set forth in full herein.

42. This is an action under the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §501.201 et seq.

43. Defendants' actions described herein are calculated to deceive and actually do deceive the public into mistakenly believing that Defendants is affiliated, connected or associated

8

with Plaintiff's goods and services or that Defendants' goods and services originated with or are sponsored by or approved by Plaintiff.

44. As such, Defendants have intentionally engaged and continue to engage in unfair methods of competition, unconscionable acts or practices, and unfair, deceptive acts or practices in the conduct of trade or commerce in violation of Fla. Stat. §501.204, and are so egregious that Plaintiff should be entitled to its fees and costs under Fla. Stat. §201.2105.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, MIGHTY MEN OF GOD, INC. prays that the Court award the following relief:

A. Temporarily and permanently enjoin Defendants, its officers, employees, and agents, and all persons and entities in active concert or participation with any of them from hosting any conferences under the MIGHTY MEN trademark, including all formative variations thereof, and any mark confusingly similar thereto;

B. Temporarily and permanently enjoin Defendants, its officers, employees, and agents, and all persons and entities in active concert or participation with any of them from using, displaying, advertising, or selling their goods and services under, or otherwise doing business or holding themselves out to the public as offering goods and services under the MIGHTY MEN or MIGHTY MEN OF GOD mark, including all formative variations thereof, and any mark confusingly similar thereto;

C. Order Defendants to destroy all documents and materials, including websites, inventory of goods that contain or comprise the MIGHTY MEN mark, stationary, signage, mailing

postcards, business forms, business cards, invoices, brochures, pamphlets, catalogs, and other advertising and marketing materials bearing the MIGHTY MEN mark;

D.  Order that Defendants pay to Plaintiff monetary relief under 15 USC §1117(a) in an amount equal to Defendants' profits plus damages sustained by Plaintiff, including treble damages, the costs of this action, including attorney's fees pursuant to 15 USC §1117(a) and Fla. Stat. §201.211.

E.  Order that Defendant Philip Jackson and Defendant WOC transfer the domain name www.mightymenusa.org and relinquish all rights, title, and interests in and to the domain names www.mightymenusa.org and www.facebook.com/mightymenusa, including all trademark rights and internet traffic to those domain names, and all content therein to Plaintiff.

F.  Order that Defendants remove all YouTube videos and or references to MIGHTY MEN USA from YouTube and any other social media or third party website.

G.  Order that Defendants World Outreach Church and Intend Ministries remove all references to MIGHTY MEN USA from their related websites, www.wochurch.org/ and www.intendministries.org.

H.  An accounting and an award to Plaintiff of Defendants' profits, gains, or unjust enrichment in an amount to be proved at trial not limited to ticket sales, book sales, media sales (dvds and cds), donations and offerings received by constituents and attendees of any unauthorized MIGHTY MEN USA CONFERENCE or gathering hosted in the United States, as a result of their unauthorized usage and promotion of MIGHTY MEN; as well as provide an accounting and an award to Plaintiff of Defendants' profits, gains, or unjust enrichment in an amount to be proved at trial not limited to online sales and

donations resulting from their unauthorized sales of products bearing the MIGHTY MEN mark from their related websites.

I.   Find that this case is exceptional pursuant to 15 USC 1117(a) and 1125(c), and any treble damages awarded to Plaintiff due to Defendants willful and intentional acts of trademark infringement, and unfair competition, and unfair and deceptive trade practices;

J.   Any other relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable.

Date:   01/17/2014

Respectfully submitted,

By: s/Ruben Alcoba
Ruben Alcoba (FL Bar No. 169160)
E-mail: alcoba@miamipatents.com
ALCOBA LAW GROUP, P.A.
3399 NW 72 Avenue, Ste. 211
Miami, FL 33122
Tel: (305) 362-8118
Fax: (305) 436-7429

Juliet Alcoba (FL Bar No. 95502)
E-mail: jalcoba@miamipatents.com
ALCOBA LAW GROUP, P.A.
3399 NW 72 Avenue, Ste. 211
Miami, FL 33122
Tel: (305) 362-8118
Fax: (305) 436-7429

*Attorneys for Plaintiff*

Date: _Jan, 14, 2014_

## **VERIFICATION**

Dr. Paul David Freed declares as follows:

I am President and Founder of MIGHTY MEN OF GOD, INC. and Plaintiff herein. I have read the foregoing Verified Complaint and know the contents thereof and the same are true of my own knowledge except as to such matters therein stated to be on information and belief, and as to these matters, I believe them to be true.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Jan. 14_ day of 2014.

By: _____

Dr. Paul David Freed
President and Founder of Mighty Men of God, Inc.
d/b/a Mighty Men