# EXHIBIT 1

http://www.bridgestonearena.com/events/detail/mighty-men-conference-usa

## BRIDGESTONE ARENA NOMINATED FOR 2013 ARENA OF THE YEAR AWARD BY POLLSTAR MAGAZINE



Mighty Men Conference USA

Buy Tickets

# Mighty Men Conference USA

**Date**

Nov 17, 2013

**Ticket Prices**

$25.00

**Availability**

Buy Tickets Now

Mighty Men Conferences are a global initiative, founded by Angus Buchan, and held in multiple continents since 2004 and attracting over a million men. MMC USA on November 17 is the first

in Nashville and the second time in the United States. Angus Buchan, an internationally-known speaker and evangelist from South Africa joins G. Allen Jackson, Senior Pastor of World Outreach Church, Murfreesboro, TN. MMC USA carves a new path of applying the direction of Scripture to the events of today that most need answers.

Angus Buchan's personal story of faith was told in film by Sony Pictures: "Faith Like Potatoes." Buchan has authored several books including "An Ordinary Life," also produced by Sony. G. Allen Jackson has hosted men's evangelical events in Middle Tennessee over the past 10 years, leading men to find a God direction that brings greater purpose in their families, work and within.

Buchan and Jackson share a vision to help men toward momentum in their spiritual lives. Jackson shared, "People, particularly men, are looking for a real God-plan for life. I believe that men need to be direct participants in God's plan – not spectators from the bleachers. We initiated men's events as an opportunity to hear practical yet extraordinary God stories. These men connected ideas that began to prevail and they found new hope in the shared experiences."

# EXHIBIT 2



South African Christian News Portal



VIEW
GET LISTED
**CLASSIFIED**
Positions Vacant - Tuition
Financial Services, etc

VIEW
GET LISTED
**ACCOMMODATION DIRECTORY**
Guest Houses - Retreats
Self Catering, TO LET, etc.



SA couple complete

12 nation Africa
overland mission trip



Set apart, transformed and redeemed!







Gauteng
Kwazulu-Natal
Limpopo
Mpumalanga
Northern Cape
North West
Western-Cape

Business

Opinion

Afrika Mhlophe
Angus Buchan — Monthly Word
Anna Heydenrych — Coffee Break With Anna
Bongani Mgayi
Editor's Corner
Errol Naidoo – Defending Faith, Family & Freedom
Hugh Wetmore — Worship Conversation With Hugh
Kamil Kiroglu — Wake-up Call
Marcel van der Watt — Light in the Darkness –
Opinion
Righteous Rant
Uplifting
Wendy van Eyck — I love devotionals

Arts & Leisure

Art
Books & Book Reviews
Drama
Film & TV
Music
Radio
Social Media

Sport

Sports Scores

Community

Education
Family
Health
Letters to the Editor
People
Social media



**Women**

**Youth**

**Africa**

**Christian Directory**

**Church Directory**

**Port Elizabeth**

**Ministry Directory**

**Christian Schools**

**Christian Media**

**World**

**Australia and New Zealand**

**Asia**

**Europe**

**Middle East**

**United Kingdom**

**South America**

**United States**



Subscribe to free new sletter | Select Month ▼ | Archives | | Search

- Positions Vacant
- Tuition
- Financial Services
- Bible Rebinding
- Kids' Parties
- Floral Art

- Bloemfontein
- Cape Town
- Colesberg
- East London
- Joubertina

- Middelburg



## Home ❖ News ❖ Global ❖ Thousands of men at moving Mighty Men USA

# Thousands of men at moving Mighty Men USA

By Andre Viljoen on November 20, 2013 2:30 pm in Global, Uncategorized / 2 comments



Angus Buchan holds his 'agricultural manual' (Bible) high at the Mighty Men USA at Bridgestone Arena in Nashville, Tennessee, on Sunday.

More than ten thousand men gathered in a stadium in Nashville, Tennessee, on Sunday (November 17) night, to listen to South African farmer evangelist Angus Buchan who was the main speaker at the second Mighty Men Conference USA.

"God sent men from every corner of the USA to Bridgestone Arena, downtown Nashville ; even Alaska. God always responds to faith. Amen! The response to the Gospel was unanimous. We are

excited for the revival amongst men in the USA. God is on the move in Tennessee! " says Buchan in a blog posted after the event.

The Nashville gathering was held only a few months after a similar conference  at the Murphy Centre at Middle Tennessee State University in Murfreesboro.



Men came from all over America to attend the second MMC USA in Nashville. Here the event is promoted on giant, digital billboards on Times Square, New York.

US country music legend Charlie Daniels and singer Scotty McCreery, an "American Idol" winner, performed at Sunday's event, which was put on with the help of Pastor G  Allen Jackson from World Outreach Church in Murfreesboro, who also addressed the men. Jackson invited Buchan to speak at the first MMC USA after he and Buchan met as invited speakers at the Feast of Tabernacles in Jerusalem, Israel, in 2011 and realised they shared a vision of impacting men through the truth of scripture.

While the Mighty Men movement, which began on Buchan's farm in 2004, is for men only, South Africa women are generally big MMC fans because they see that it leads to positive change in their men. Echoing this sentiment, a US woman, Jayme Akins, posted this on the Mighty Men USA Facebook page: "I am not a mighty man but I love the mighty men organization. Because of the conference in Nashville Sunday night I have my husband back! I told him I had a feeling he'd get his break through there and my intuition was right! I also told others there would be break through and miracles there they smiled politely like I was crazy. However who ever I told that too got their break through from the speaker from Africa. My husband was the one going through the divorce or

pondering it waiting on Gods answer well he got it. DON'T DO IT! This organization is amazing and I'm thankful for it. It's natural to see women praise we do it easier but to see men praise that's beautiful it's more intimate if that makes sense. You get to see these big tough guys humble themselves to someone greater. So from a woman I wanted to say thank you!"

In a blog post today, Buchan says God has started "something incredible" in America and "We really believe that the Lord is going to show us the way forward for the next event in the USA".



Men worshiping God at the Mighty Men USA on Sunday.

# EXHIBIT 3





**Mighty Men USA**

**Mighty Men USA**   Timeline   2013
December 13, 2013

So then, just as you received Christ Jesus as Lord, continue to live in him, 7 rooted and built up in him, strengthened in the faith as you were taught, and overflowing with thankfulness. Colossians 2:6-7 (NIV)

Like · Comment · Share          2

23 people like this.

Write a comment...

**Mighty Men USA**
December 12, 2013

The Lord is my shepherd, I shall not be in want. Psalms 23:1 (NIV)

Like · Comment · Share          2

49 people like this.

Write a comment...

**Mighty Men USA**
December 11, 2013

Living our lives as Christ followers doesn't remove the struggle. The goal isn't to pretend. Being real will open our lives to His help.

Like · Comment · Share          3

46 people like this.

Write a comment...

**Mighty Men USA**
December 11, 2013

We have to appropriate what God has already made available to us through the Cross.

Like · Comment · Share          2

31 people like this.

Write a comment...

**Mighty Men USA**
December 5, 2013

Join Pastor Allen Jackson on FB. He's sharing some good wisdom over there!

**Allen Jackson**
Pastor the people of World Outreach Church. Love people. Love the Lord.
Public Figure: 3,629 like this

Like · Comment · Share

35 people like this.

Write a comment...

**Mighty Men USA**
December 4, 2013

A new life begins with a Person, and His name is Jesus! He would like to know you.

---

**Mighty Men USA**
December 13, 2013                    Like

Make a commitment today to be an encourager.

Like · Comment · Share          4

36 people like this.

Write a comment...

**Mighty Men USA**
December 12, 2013

You can trust God.

Like · Comment · Share          1

42 people like this.

Write a comment...

**Mighty Men USA**
December 11, 2013

Blessed be the God and Father of our Lord Jesus Christ, who has blessed us with every spiritual blessing in the heavenly places in Christ, 4 just as He chose us in Him before the foundation of the world, that we should be holy and without blame before Him in love, 5 having predestined us to adoption as sons by Jesus Christ to Himself, according to the good pleasure of His will, 6 to the praise of the glory of His grace, by which He has made us accepted in the Beloved. 7 In Him we have redemption through His blood, the forgiveness of sins, according to the riches of His grace Ephesians 1:3-7 (NKJV)

Like · Comment · Share          3

32 people like this.                    Top Comments

Write a comment...

**Grant Whaley** AMEN!!!
Like · Reply · December 11, 2013 at 11:05pm via mobile

**Solomon Uchenna** Amen
Like · Reply · December 11, 2013 at 10:49pm

**Mighty Men USA**
December 5, 2013

Training is engaging in activities that will enable you to accomplish something in the future that you would not be able to accomplish today no matter how sincere. Are you training?

Like · Comment · Share          1

34 people like this.

Write a comment...

**Marvin McFadden** I'm training!!!!
Like · Reply · December 5, 2013 at 8:40pm via mobile

**Mighty Men USA**
December 5, 2013

Romans 10:9 tells us the key to joining the Kingdom of God: "If you declare with your mouth, "Jesus is Lord," and believe in your heart that God raised him from the dead, you will be saved." That is good news!

Like · Comment · Share          11

59 people like this.

Write a comment...

**Mighty Men USA**

---

Home  12   Julia

**Ana Carvajal** posted something via @Smiles.

**Patry Jardines Lopez** likes Gina Guerra's photo.

**Allison Ivy** likes Kara Van Etten's photo.

**Jordan Yarnell** is listening to All of Me by John Legend on Spotify.

**Bill McCormack** commented on Winifred Toon Walker's link: "You...

**Monica Benitez** likes Sweet Cake Carolina.

**Elizabeth Kidder Sanchez** likes Ernie Rodriguez's photo.

**Monica Benitez** likes Everlasting Exposures Photography.

**Amber Glick** commented on Cristina Rodriguez De Trujillo's photo: "❤❤❤"

**Monica Benitez** likes The Miami Reel Guys.

Show Older

MORE FRIENDS (0)

Turn on chat to see who's available.

Search

---











**Mighty Men USA**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music artists Charlie Daniels and Scotty McCreery. The Mighty Men Conference at Bridgestone Arena is scheduled for November 17, 2013.

Like · Comment · Share                     17

 **Mighty Men USA** shared a link via Hotnobbin in Franklin.
November 13, 2013


**Ticket Giveaway! 5 Free Tickets to Mighty Men USA this Sunday!**
hotnobincoal.com

The details of the contest will be displayed here... For example, "Follow the 3 Steps below to enter to win 5

Like · Comment · Share              25    5    21

 **Mighty Men USA** shared a link.
November 13, 2013

Tune in now to WSM Radio. Pastor Allen Jackson and Charlie Daniels are live talking about the Mighty Men USA Conference.


**Local radio for Murfreesboro, TN 37128 - Listen Online**
tunein.com

Student Run Radio Mornings with Brant The Takeaway Morning Edition Newshour (BBC) Vanderbilt University Student Radio Classical Music with Henry Fennell Rise

Like · Comment · Share                     12

 **Mighty Men USA** shared a link.
November 12, 2013

Tickets are going fast! Mighty Men USA Conference THIS Sunday at Bridgestone Arena, Nashville, Tennessee. Charlie Daniels, Scotty McCreery, Angus Buchan are all in the line-up for special guests! Don't miss it! Click the link below for more information.



**Mighty Men USA**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music artist, Charlie Daniels. The Mighty Men Conference at Bridgestone Arena is scheduled for November 17, 2013.

Like · Comment · Share              89    4

 **Mighty Men USA**
November 9, 2013

---



Like · Comment · Share          268    9    90

     

 **Mighty Men USA** shared WKRN-TV Nashville's photo.
November 13, 2013

Thank you to WKRN-TV Nashville for telling your viewers about the Mighty Men USA Conference coming up this Sunday. www.mightymenusa.org for tickets!

For tickets visit http://mightymenusa.org/



Like · Comment · Share              9    1

 **Mighty Men USA** shared a link.
November 12, 2013

Hot off the press! Mighty Men USA Conference is what they are talking about this week...

**Mighty Men Conference USA Announces Musical Guests: Scotty McCreery, Charlie Daniels...**
www.prnewswire.com

NASHVILLE, Tenn., Nov. 8, 2013 /PRNewswire-USNewswire/ -- Mighty Men Conference USA Announces Musical Guests: Scotty McCreery, Charlie Daniels and Skkyard Join Evangelist Angus Buchan and Pastor G.

Like · Comment · Share              75    3    15

**Mighty Men USA**
November 9, 2013

The power of God is sufficient.

Like · Comment · Share                     22

---

**Ana Carvajal** posted something via @Smiles.

**Patry Jardines Lopez** likes Gina Guerra's photo.

**Allison Ivy** likes Kara Van Etten's photo.

**Jordan Yarnell** is listening to All of Me by John Legend on Spotify.

**Bill McCormack** commented on Winifred Toon Walker's link: "You...

**Monica Benitez** likes Sweet Cake Carolina.

**Elizabeth Kidder Sanchez** likes Ernie Rodriguez's photo.

**Monica Benitez** likes Everlasting Exposures Photography.

**Amber Glick** commented on Cristina Rodriguez De Trujillo's photo: "♥♥♥"

**Monica Benitez** likes The Miami Reel Guys.

Show Older

MORE FRIENDS (0)

Turn on chat to see who's available.

Search



**Mighty Men USA**

Christianity isn't a spectator sport. Let's get all in! #mightymenusa #november17

**Mighty Men USA   Timeline   2013**

Like · Comment · Share                          26    1    2

**Mighty Men USA**
November 9, 2013

Our confidence in God will be challenged. Choose to hold on to His promises. #mightymenusa #november17

Like · Comment · Share                          12    1

**Mighty Men USA**
November 9, 2013

Tell us if you're coming to the Mighty Men Conference to sow back into others lives what God has sown into your life. #mightymenusa

Like · Comment · Share                          19    7    2

**Mighty Men USA** shared a link.
November 6, 2013

Let us move out of the seat of the skeptic and get in the game! #mightymenusa #november17 http://ow.ly/qwdGt

**ANGUS BUCHAN  G. ALLEN JACKSON**

**Mighty Men USA**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music...

Like · Comment · Share                          7    4

**Mighty Men USA**
November 6, 2013

FREE Angus Buchan's devotional "A Farmer's Year" to the person traveling the farthest for Mighty Men USA. Tell us!

Like · Comment · Share                          90    2    15

**Mighty Men USA**
November 6, 2013

Following God is personal. #mightymenusa #November17

---

**Mighty Men USA** shared Angus Buchan's video.
November 9, 2013

A greeting from Angus for his Facebook family...

**Facebook Greeting from Angus**
A greeting from Angus for his Facebook family...

Like · Comment · Share                          6

**Mighty Men USA**
November 8, 2013

The best is yet to come for you, but it's your choice! -- Angus Buchan

Like · Comment · Share                          28

**Mighty Men USA**
November 6, 2013

Choose to be thankful even when it doesn't feel good, it will help you cultivate a thankful heart. #mightymenusa #november17

Like · Comment · Share                          25

**Mighty Men USA** shared a link.
November 6, 2013

Interested in bringing the men from your church to the Mighty Men Conference USA? We have everything you need available online. Click the link below and choose "Newsroom".

**Mighty Men USA | November 17**
www.mightymenusa.org

Bring the men from your church! Make this an event you do together. We have all the materials you need to promote it.

Like · Comment · Share                          24

**Mighty Men USA**
November 6, 2013

Give God your problems and allow him to work out the solution. #mightymenusa #november17

Like · Comment · Share                          19

**Mighty Men USA** shared a link.
November 5, 2013

---

Home   12   Juli

Like          Create

Recent
2013

**Ana Carvajal** posted something via @Smiles.

**Patry Jardines Lopez** likes Gina Guerra's photo.

**Allison Ivy** likes Kara Van Etten's photo.

**Jordan Yarnell** is listening to All of Me by John Legend on Spotify.

**Bill McCormack** commented on Winifred Toon Walker's link: "You...

**Monica Benitez** likes Sweet Cake Carolina.

**Elizabeth Kidder Sanchez** likes Ernie Rodriguez's photo.

**Monica Benitez** likes Everlasting Exposures Photography.

**Amber Glick** commented on Cristina Rodriguez De Trujillo's photo: "❤❤❤"

**Monica Benitez** likes The Miami Reel Guys.

Show Older

MORE FRIENDS (0)

Turn on chat to see who's available.

Search

https://www.facebook.com/mightymenusa                          1/2/2014



Like · Comment · Share    14   1
**Mighty Men USA**

**Mighty Men USA** Timeline   2013
November 5, 2013

Learning new ways to take our stand for Jesus! #mightymenusa #BeThere http://ow.ly/qw4Sq

**Mighty Men USA Conference | November 17**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music...

Like · Comment · Share    13

**Mighty Men USA**
November 5, 2013

We will be providing an interpreter for the deaf during the Mighty Men Conference. Please plan to sit in section 106 for these services.

Like · Comment · Share    14   1

**Mighty Men USA** shared a link.
November 5, 2013

renewal = the replacing or repair of something that is worn out, run-down, or broken. #mightymenusa http://ow.ly/qw4km

**Mighty Men USA Conference | November 17, 2013**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music...

Like · Comment · Share    13

**Mighty Men USA**
November 4, 2013

http://ow.ly/quiji - these guys were distracted... unaware of the God initiatives going on around them. Let's move! #November17

Like · Comment · Share    1

**Mighty Men USA** shared a link.
November 4, 2013

Thanks to @CharlieDaniels for his media story about what to expect at #mightymenusa #november17.
www.mightymenusa.org

Meaningful change comes from a place of desperation. Come expecting change! #mightymenusa #november17 http://ow.ly/qwcfa

**Mighty Men USA**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music...

Like · Comment · Share    10

**Mighty Men USA**
November 5, 2013

For us to see renewal, we have to find a new gear! #mightymenusa #november17

Like · Comment · Share    47   11

**Mighty Men USA** shared a link.
November 5, 2013

Interested in bringing the men from your church to the Mighty Men Conference USA? We have everything you need available online. Click the link below and choose "Newsroom".

**Mighty Men USA**
www.mightymenusa.org

Christian men from across the nation will gather at Mighty Men USA Conference featuring Angus Buchan, Pastor Allen Jackson and country music artist, Charlie Daniels. The Mighty Men Conference at Bridgestone Arena is scheduled for November 17, 2013.

Like · Comment · Share    7

**Mighty Men USA**
November 4, 2013

God has given us everything we need to be over-comers. #mightymenusa #november17

Like · Comment · Share    19

**Mighty Men USA** shared a link.
November 4, 2013

http://ow.ly/quhM6 - They were distracted.... unaware of the God initiatives going on around them. Let's wake up Church! #mightymenusa #november17

**Bible Gateway passage: Luke 17:26-30 · New International Version**
www.biblegateway.com

Home 12   Julie
Create P
Recent
2013

**Ana Carvajal** posted something via @Smiles.

**Patry Jardines Lopez** likes Gina Guerra's photo.

**Allison Ivy** likes Kara Van Etten's photo.

**Jordan Yarnell** is listening to All of Me by John Legend on Spotify.

**Bill McCormack** commented on Winifred Toon Walker's link: "You...

**Monica Benitez** likes Sweet Cake Carolina.

**Elizabeth Kidder Sanchez** likes Ernie Rodriguez's photo.

**Monica Benitez** likes Everlasting Exposures Photography.

**Amber Glick** commented on Cristina Rodriguez De Trujillo's photo: "♥♥♥"

**Monica Benitez** likes The Miami Reel Guys.

Show Older

MORE FRIENDS (0)

Turn on chat to see who's available.

Search

**Mighty Men USA**
Charlie Daniels is Nashville men's conference musical headliner
www.tennessean.com

**Mighty Men USA** Timeline 2013
Murfreesboro, and Angus Buchan, a South African farmer, are the speakers.

Like · Comment · Share          125    4    31

**Mighty Men USA**
November 2, 2013

Three steps to cleaning up... 1) Acknowledge the sin 2) Discipline yourself 3) Distance yourself from things that tempt you. #mightymenusa

Like · Comment · Share          22    1    4

**Mighty Men USA**
November 1, 2013

Reminder: Daylight Savings Time Ends this Sunday 2am. #mightymenusa

**DAYLIGHT SAVINGS TIME ENDS**

Sunday November 3 2:00am

Set your clocks back 1 hour

MIGHTYMENUSA.ORG

Like · Comment · Share          7    3

**Mighty Men USA**
October 31, 2013

The message is everywhere! Channel 2, Channel 4 and more. Be there! November 17, 2013 @ 7 pm, Bridgestone Arena in Nashville. Get Tickets: http://mightymenusa.org/

CONFERENCE USA
NASHVILLE
TICKETS:

Like · Comment · Share          20    14

**Mighty Men USA**
October 29, 2013

---

"Just as it was in the days of Noah, so

Like · Comment · Share

From the Publisher of the NIV ›

**Mighty Men USA**
November 3, 2013

Your actions of being nice will not get you to heaven. Jesus will get you there! #mightymenusa #november17

Like · Comment · Share          25    3

**Mighty Men USA**
November 2, 2013

When you sense and invitation from God--cooperate!

Like · Comment · Share          21    2

**Mighty Men USA**
October 31, 2013

Be There! Mighty Men Conference USA, Nov. 17 at Bridgestone Arena. Get Tickets: http:// www.mightymenusa.org

CONFERENCE USA
TICKETS

Like · Comment · Share          14    11

**Mighty Men USA**
October 31, 2013

Going to the Mighty Men USA Conference? Put this graphic as your profile picture to tell your friends. #mightymenusa #november17 — with Ken Marks.

USA
I'LL BE THERE!

Like · Comment · Share          43    1    12

**Mighty Men USA**
October 30, 2013

A Mighty Man: Charlie Daniels sets the pace for many of us, standing up for what he believes in. We are thrilled to have this

---

Home 12

Like

Create P

Recent

2013

**Ana Carvajal** posted something via @Smiles.

**Patry Jardines Lopez** likes Gina Guerra's photo.

**Allison Ivy** likes Kara Van Etten's photo.

**Jordan Yarnell** is listening to All of Me by John Legend on Spotify.

**Bill McCormack** commented on Winifred Toon Walker's link: "You...

**Monica Benitez** likes Sweet Cake Carolina.

**Elizabeth Kidder Sanchez** likes Ernie Rodriguez's photo.

**Monica Benitez** likes Everlasting Exposures Photography.

**Amber Glick** commented on Cristina Rodriguez De Trujillo's photo: "♥♥♥"

**Monica Benitez** likes The Miami Reel Guys.

Show Older

MORE FRIENDS (0)

Turn on chat to see who's available.

Search









# EXHIBIT 4

Pastor Jackson Has Determined Commitment For His Congregation: Make it possible for everyone to know God In The Most Dynamic Way Possible!

When World Outreach Church Senior Pastor G. Allen Jackson reached out to men of Middle Tennessee made possible through the interest of his congregation in September 2003 by hosting a Men's Leadership Event, they thought 150-200 men attending was a huge victory.

Almost 600 guys showed up in the rain to commit to pray for one another and to seek God. And another 700 came to a second event, featuring Charlie Daniels, just a month later and received a simple "playbook" that listed positive ideas for next steps toward greater significance in their lives and with their families. Men want to know-how!

A local physician who was in attendance that second night remembers: "When all those men assembled onto the football field at MTSU's Floyd Stadium, we knew we were in the game – not passive spectators. We were challenged to be Godly men, 24/7."

That first event series has been followed many times by a gathering of men of all ages throughout the Middle Tennessee and surrounding states looking for greater possibilities to find God's mission – a divine direction that will bring greater purpose in their families, work and within.

"This is the greatest 'search-and-find era' of mankind! There are powerful social connections, and God can use all of them!" said Jackson. "People, particularly men, are looking for ways they can belong to a real God-plan for life. I believe that men need to be direct participants in God's plan – not spectators from the bleachers. We initiated the men's conference at WOC 10 years ago so men could have an opportunity to hear practical yet extraordinary God stories. They connected ideas that began to prevail and they found new hope in the shared experiences."

Pastor Jackson met Angus Buchan in 2011 at the Feast of Tabernacles at the International Christian Embassy Jerusalem. He was inspired by how Angus' Mighty Men message offered direct, engaging values of God-hope that the USA, first with his own congregation in the Middle Tennessee area, were waiting to hear about.

"I think Angus sees the bigger needs driving men to open up to God. He creates a listening strategy. His message is a living reality of God with a magnitude I had never heard before."

# EXHIBIT 5

# USA revival will start with men — Buchan

By Andre Viljoen on November 28, 2013 3:14 pm in Global, Uncategorized / 1 comment



Angus Buchan and Pastor G.Allen Jackson of World Outreach Church in Murfreesburo, Tennessee.

Farmer evangelist Angus Buchan says he has a hope to see "total revival" in the United States "starting with the men and spreading to the family, communities and nation as a whole".

Buchan arrived back in South Africa this week after speaking to more than ten thousand men at the second Mighty Men Conference (MMC) USA at the Bridgestone Arena in Nashville, Tennessee, on Sunday night, November 17. A few months before he addressed a similar-sized gathering of men at the first MMC USA at the at the Murphy Centre at Middle Tennessee State University in Murfreesboro.

"We have already started receiving very encouraging reports of changed lives and we are so grateful to the Lord Jesus for what He is doing. As John Wesley said, the definition of revival is 'a people saturated with God'. Having experienced the MMC phenomenon in South Africa, we know this is the same Spirit, excitement and Holiness, we felt here."

Buchan said that besides speaking at the MMC USA, other highlights of his latest ministry trip to the USA were speaking at the World Outreach Church (WOC) in Murfreesboro on Saturday, November 27 and Sunday, November 28, and visiting the 80 000 capacity Cowboys Stadium in Dallas, Texas, where he and G. Allen Jackson, Senior Pastor of WOC, prayed over the stadium.

"By faith, we are believing one day to book the stadium [Cowboys] for Jesus," said Buchan.

Jackson invited Buchan to address the first MMC USA in May after they met in Israel in 2011 where they were both speakers at the Feast of Tabernacles. Jackson and his brother, Pastor Phillip Jackson organised the MMC USA in Nashville.

Asked about his priorities for this season, Buchan said: "To spend more time with the Lord Jesus. To spend more time with my family. To go only where the Lord Jesus directs us, namely the USA and Israel at the moment."

# EXHIBIT 6

Department Home | Contact Us | Search: [ ] [Go]

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications

# Tennessee Secretary of State
## Tre Hargett

Home | Corporations | Motor Vehicle Temp Liens | Summons | Trademarks | UCC | Workers' Comp Exemption | More Services

Business Services Online > Search Business Information > Business Entity Detail

# Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Actions Available For This Entity:**

☐ File Annual Report     ⚡ Update Mailing Address
⊕ Certificate of Existence     👥 Change Registered Agent

---

**000072238: Corporation Non-Profit - Domestic**     [Printer Friendly Version]

| | |
|---|---|
| **Name:** | WORLD OUTREACH CHURCH OF MURFREESBORO TENNESSEE, INCORPORATED |
| **Old Name:** | DISCIPLES, INCORPORATED |

| | | | |
|---|---|---|---|
| **Status:** Active | | **Initial Filing Date:** 02/14/1972 |
| **Formed in:** TENNESSEE | | **Delayed Effective Date:** |
| **Fiscal Year Close:** December | | **AR Due Date:** 04/01/2014 |
| **Term of Duration:** Perpetual | | **Inactive Date:** |
| **Principal Office:** 1921 NEW SALEM HWY 99 MURFREESBORO, TN 37128-5629 USA | | |
| **Mailing Address:** 1921 HIGHWAY 99 MURFREESBORO, TN 37128-5629 USA | | |
| **AR Exempt:** No | | **Obligated Member Entity:** No |
| **Public Benefit Corporation:** Yes | | **Religious Corporation:** Yes |

**Assumed Names** | History | Registered Agent

| Name | Status | Expires |
|---|---|---|
| No Assumed Names Found... | | |

---

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov

© 2013 Tennessee Department of State

# EXHIBIT 7

**Mighty Men USA**
1921 New Salem Road
Highway 99
Murfreesboro, TN 37128
615-896-4515



Sign up below and we'll keep you up to date with the latest news as the second Mighty Men Conference USA takes shape.

Mighty Men USA Events Email List

# EXHIBIT 8

# http://www.god.tv/about

# Our Vision

## Mission Statement

With a servant's heart we will equip His Body to reach the lost through media. This ministry exists to enable every television household to hear the gospel of Jesus Christ so that they may believe in Him, call upon His name, and be saved.

## Vision Statement

Our vision is to recognise, source, create, package and present world class anointed, prophetic, supernatural content in a spirit of excellence across the globe into every nation, reconciling man, woman and child with God by the power of the Holy Spirit.

## Basis of Faith

GOD TV is owned and administered by several world-wide Angel Charities and the various international broadcasting licences are held by Angel Christian Television Trust Inc, a Florida USA not for profit Section 501 (c) (3) corporation. All GOD TV's Angel charities use the UK Evangelical Alliance Basis of Faith to ensure that participating individuals/churches and groups uphold the same values.

We accept the revelation of the triune God given in the Scriptures of the Old and New Testaments and confess the historic faith of the Gospel therein set forth.
We assert the following doctrines which we regard as crucial to the understanding of the faith and which should issue in mutual love, practical Christian service an evangelistic concern.

## We Believe

The sovereignty and grace of God the Father, God the Son and God the Holy Spirit in creation, providence, revelation, redemption and final judgement.

The divine inspiration of the Holy Scripture and its consequent entire trustworthiness and supreme authority in all matters of faith and conduct.

The universal sinfulness and guilt of fallen man, making him subject to God's wrath and condemnation.

The substitutionary sacrifice of the incarnate Son of God as the sole sufficient ground of redemption from the guilt and power of sin and from its eternal consequences.

The justification of the sinner solely by the grace of God through faith in Christ crucified and risen from the dead.

The illuminating, regenerating, indwelling and sanctifying work of God the Holy Spirit.

The priesthood of all believers, who form the universal Church, the Body of which Christ is the Head and which is committed by His command to the proclamation of the Gospel throughout the world.

The expectation of the personal, visible return of the Lord Jesus Christ in power and glory.

Disclaimer:

GOD TV transmits a variety of faith based programming worldwide, presenting many different doctrinal views. Much of our material is independently produced and not under our direct editorial control.

All content we screen is intended to uplift, encourage and assist viewers. We can only offer general information and this should not be treated as a substitute where specific counselling, professional advice and medical consultation is required.

Thus we cannot provide any fixed warrantees with regard to representations made on air on online concerning divine healing or spiritual blessings.

Where viewers feel they have received changes to their physical condition we advise that these by verified by qualified medical personnel before any adjustments are made to medication, treatment etc.



Home   About   Watch Live   On Demand   Prayer   Donate

Sign In | Register | United States

Search GOD TV

## Search GOD TV

**Enter your keywords:**

angus buchan          [ Search ]

### Search results

Israel Tour



**Angus Buchan at the Sea of Galilee**
Join **Angus** at the place where Jesus called His disciples to be fishers of men, where ...
worship leader Laura Hackett. (Programmes, Israel Tour, **Angus Buchan**, Featured
video, Israel) ...
*2014 Jan 09*

Grassroots



**Are You Worried?**
... be anxious about anything. (Ministry Page, Grassroots , **Angus Buchan**) ...
*2013 Jun 05*



**Transfer Of Authority**
... towards authority. (Ministry Page, Grassroots , **Angus Buchan**, Lifestyle, Bible
Study) ...
*2013 Jun 05*



**Hearing His Voice**
**Angus** reminds us of the importance of being able to hear God's voice in our day ... roll all
our cares upon Him. (Ministry Page, Grassroots , **Angus Buchan**) ...
*2013 Jun 05*



**The Power of Stillness**
**Angus Buchan** describes real life situations where the power of being still can be ... faith
in Jesus Christ. (Ministry Page, Grassroots , **Angus Buchan**, Lifestyle) ...
*2013 Jun 05*



**Reflecting Jesus**
**Angus Buchan** on glorifying God by being a witness for Jesus Christ in everyday life.
(Ministry Page, Grassroots , **Angus Buchan**, Lifestyle, Bible Study) ...
*2013 Jun 05*



**The Miracle Worker**
**Angus Buchan** explains why it is imperative for Christians to walk by faith and ... power of
Jesus Christ. (Ministry Page, Grassroots , **Angus Buchan**, Lifestyle) ...
*2013 Jun 05*



**A New Beginning**
... a new life in God. (Ministry Page, Grassroots , **Angus Buchan**, New Christian?,
Lifestyle, Your Faith) ...
*2013 Jun 04*



**Fear**
... minds with deception which causes fear. In this episode **Angus** unfolds, how spending
time in God's presence can displace fear. (Ministry Page, Grassroots , **Angus Buchan**) ...
*2013 Jun 04*



## Support GOD TV

I've been fed, taught and had things
confirmed through GOD TV. I'm so
thankful that the Lord has used GOD
TV to minister to me these past
years.
*Daniel*



**A Rushing Mighty Wind**
**Angus Buchan** on people who lived under the divine influence of the Holy Spirit. (Ministry Page. Grassroots , **Angus Buchan**, Lifestyle, Your Faith) ...
*2013 Jun 04*



**Dead to the World**
**Angus Buchan** explains how Moses had to be trained by God to die to self to be used ... suffering for Christ sake. (Ministry Page, Grassroots , **Angus Buchan**, Lifestyle, Bible Study) ...
*2013 Jun 03*



**Rejection**
**Angus Buchan** speaks on being rejected in the world. He draws out a parallel in the life of Jesus who was rejected by His own people. **Angus** suggests some ways to overcome such situations in life from the Biblical ...
*2013 May 22*



**The Holy Spirit**
... Paraclete, the helper. (Ministry Page, Grassroots , **Angus Buchan**, Prophetic, Your Faith) ...
*2013 May 22*



**Who Do Men Say That I Am?**
From his farm in Greytown, South Africa, **Angus Buchan** shares on making Jesus Christ the Lord of your life. Who do you say that ... the beginning and the end. (Ministry Page, Grassroots , **Angus Buchan**, Bible Study) ...
*2013 Mar 27*



**Running Wild**
With **Angus Buchan**. In this weeks episode **Angus** shares a message on encountering God. (Ministry Page, Grassroots , ...
*2013 Feb 26*



**A Sign**
**Angus Buchan** gives a message about Elijah, who held back the Jordan river and whom ... for Men and Women to put there faith on the line for God. **Angus Buchan** sais 'Make sure your own life is in order, and that you are able ...
*2013 Jan 18*



**The Family**
**Angus Buchan** teaches what the Bible tells us about families. Husbands must love their ... a support to their children. (Ministry Page, Grassroots . **Angus Buchan**. Lifestyle. Recently added. Bible Study) ...
*2013 Nov 08*



**The Land**
**Angus Buchan** preaches a message close to his heart - the importance of faith. (Ministry Page, Grassroots . **Angus Buchan**, Recently added) ...
*2012 Sep 24*



**Choices**
**Angus Buchan** challenges viewers about the choice they have, to keep fighting and not give up. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
*2012 Sep 21*



**Possession**
**Angus Buchan** challenges viewers to be patient, and not speak negative things. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
*2012 Sep 21*



**Drawing All People**
**Angus Buchan** reveals the importance of spreading the Gospel in the last days by ... an inspiring testimony. (Ministry Page, Grassroots , **Angus Buchan**, Recently added. Your Faith) ...
*2012 Sep 21*



**My Weakness His Strength**
**Angus Buchan** shares with viewers how we should be handling adversities. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...

 2012 Sep 20



**Encounter**
**Angus Buchan** shares on encountering Jesus Christ and becoming born again. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2012 Sep 22



**Chief End**
**Angus Buchan** challenges viewers to remember man's chief end to "seek first His ...
2012 Oct 13



**Spiritual Protection of the Family**
**Angus Buchan** encourages viewers to 'stand firm, with the belt of truth buckled around ... of righteousness in place.' (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2013 Nov 09



**Redeemer**
... land, they were stiffed neck, arrogant, grumpy people.' - **Angus Buchan**. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2012 Sep 20



**Reaping the Earths Harvest**
**Angus Buchan** explains there has never been such a ripe harvest. **Angus** encourages viewers to never miss an opportunity to tell others about ...
2012 Sep 20



**Honor Wounds**
... the Bible tells us to "be strong and of good courage" **Angus Buchan** shares about the wounds we have received in spiritual battles, and not ...
2012 Oct 20



**Trim Your Wick**
**Angus Buchan** teaches viewers to "trim their wick" and rid their life of things that ... from shining God's light. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2012 Oct 06



**Signs of the Times**
**Angus Buchan** explains there are different seasons in our lives and each one comes ... how he will see you through. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2012 Sep 19



**The Blessings of Obedience**
**Angus Buchan** exhorts viewers to be obedient to Christ with reference to Psalm 1. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2012 Sep 18



**Moving Slowly**
**Angus Buchan** gives an encouraging word on moving slowly. Be Slow to speak and act when angry. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
2012 Sep 14



**Feelings**
... roller coaster, that's why we should live by faith", Says **Angus Buchan**. (Ministry Page, Grassroots . **Angus Buchan**, Recently added) ...
2012 Sep 14



**Longing**
**Angus Buchan** speaks on longing for the end goal, heaven. (Ministry Page, Grassroots , Who is Jesus?, **Angus Buchan**, Recently added, Your Faith) ...
2012 Sep 14



**Greater Things**
**Angus Buchan** preaches on how we should be looking ahead to the promises that God has made us. (Ministry Page, Grassroots , **Angus Buchan**, Recently added) ...
*2012 Sep 13*



**The Most Powerful Force in the Universe**
**Angus Buchan** explains the most powerful force in the world. Love! (Ministry Page, Grassroots , **Angus Buchan**, Lifestyle, Recently added) ...
*2012 Sep 13*



**Inner Strength**
**Angus Buchan** asks "Have you ever considered what would happen if God answered all ... contain the outer blessing. (Ministry Page, Grassroots , **Angus Buchan**, Recently added, Your Faith) ...
*2012 Sep 13*

Revival Alert



**Revival Alert - Day 6 - Israel Tour**
... in it My Child." Rory has been touring Israel with **Angus Buchan** in a helicopter all day and they return full of expectation for the ...
*2013 Feb 03*



**Revival Alert - Day 5 - Part 1**
... exciting project. Much loved South African evangelist, **Angus Buchan**, affectionately known as Oom (Uncle) **Angus**, joins Rory & Wendy for a ...
*2013 Feb 03*

New Beginning Conference



**Highlights**
... October with 2 Chronicles 7:14 as the basis for his talk, **Angus Buchan** hosted an open air even in Rustenburg, South Africa. It's time for ...
*2012 Oct 30*

Mighty Men's Conference



**Why would we want to go back to Egypt?**
... in South Africa, with the author of Faith Like Potatoes, **Angus Buchan**, to pray and seek the face of the Lord Jesus Christ. (Ministry Page, ...
*2010 Sep 28*



**Waiting on God**
... in South Africa, with the author of Faith Like Potatoes, **Angus Buchan**, to pray and seek the face of the Lord Jesus Christ. (Ministry Page, ...
*2010 Sep 28*

Page Results

**Parenting Weekend**
... Grass Roots. **Angus Buchan** Spiritual Protection of the Family ...
*2013 Oct 31*

**Israel Tour 2013 - Angus Buchan - Shalom Trust**
Share this: Home Itinerary ${func ...
*2013 Apr 05*

**Israel Tour 2013 - Events**
Share this: Home Itinerary (Mini Sites, Is ...
*2013 Feb 14*

**Israel Tour 2013 - GOD TV PARTNER MINISTRIES**
Share this: Home Itinerary ...
*2013 Feb 07*

**News Flash! Bring revival to your home this Saturday with Angus Buchan**
... LIVE broadcast of a very special event this weekend – **Angus Buchan** LIVE from Rustenburg, South Africa! And I, (Rory) am on my way to be a ...
*2012 Oct 19*

About

... '); }); Founder: **Angus Buchan** Location: Greytown (SA) "Now faith is being sure ... Shalom Ministries was founded in 1980, by **Angus** and Jill **Buchan**, in order to "Go into all the world and preach the good ...
*2011 Feb 10*

Angus Buchan back, LIVE on GOD TV
... offers a message of hope to the world **Angus Buchan** is a radical nation-builder who is being used by God to transform South ...
*2010 Sep 24*

Video Results

Angus Buchan
Hear from **Angus Buchan**, who hosts Grassroots on GOD TV. (Programmes, **Angus Buchan**) ...
*2011 Mar 25*

Content      Content

| About | Watch Live | On Demand | Partner | Prayer | Contact Us |
|---|---|---|---|---|---|
| GOD TV | US | By Theme | How to Partner | Send a Prayer Request | Manage Subscriptions |
| Rory & Wendy | UK | By Ministry | Donate Online | | FAQs |
| Our Vision | More... | By Language | Legacy Giving | Become an Intercessor | Jobs |
| Meeting Real Needs | Highlights | | | Send a Testimony | |
| Press | Schedule | | | The Prayer Room | GODShop |
| Events | Tune In Information | | | | |

© GOD TV 2014 |  **Terms and Conditions**  |  **info@god.tv**

**Find us on:**

# EXHIBIT 9

About        WOC        Media Center        Resources        Contact

**Media**

Sermons

Intend Mobile App

TV Broadcast Schedule

24.7 Radio

Intend Reading Plan

Intend Resources

**The Holy Spirit Today**
Aired Date: January 5, 2014



## Recent Sermons from Intend

Spiritual Gifts - A Supernatural Life
Aired Date: December 29, 2013

Great Beginnings, Great Endings- Learners
Aired Date: December 22, 2013

Great Beginnings, Great Endings- Faith Transfers
Aired Date: December 15, 2013

Great Beginnings, Great Endings- You Can Change
Aired Date: December 8, 2013

Great Beginnings, Great Endings
Aired Date: December 1, 2013

Empowered - For a Purpose
Aired Date: November 24, 2013

Mighty Men Conference USA - Part II
Aired Date: November 17, 2013

Empowered - The March Toward Freedom
Aired Date: November 10, 2013

Mighty Men Conference USA
Aired Date: October 27 & November 3, 2013

The People of God
Aired Date: October 20, 2013

Extraordinary God: God Rewards
Aired Date: October 13, 2013

Extraordinary God: God Reveals
Aired Date: October 6, 2013

Case 1:14-mj-02021 Watch Sermons Online   Entered on FLSD Docket 01/17/2014   Page 46 of 102

Extraordinary God: God Redeems
Aired Date: September 29, 2013

Extraordinary God: God is Concerned
Aired Date: September 22, 2013

Extraordinary God: Almighty God
Aired Date: September 15, 2013

Prophetic Insight: The Window of Revelation
Aired Date: September 8, 2013

Prophetic Insight: God is Not Surprised
Aired Date: September 1, 2013

Prophetic Insight: Listening to God
Aired Date: August 25, 2013

Feasts of the Lord
Aired Date: August 18, 2013

Steps of Faith
Aired Date: August 11, 2013

A Great Contest
Aired Date: August 4, 2013

The People of God
Aired Date: July 28, 2013

Life Lessons from a Father
Aired Date: July 21, 2013

God Perspectives - A Place for Growing People
Aired Date: July 14, 2013

God Perspectives
Aired Date: July 7, 2013

Lessons in Renewal: Hezekiah Challenged
Aired Date: June 30, 2013

Lessons in Renewal
Aired Date: June 23, 2013

A Lamp for Our Feet
Aired Date: June 16, 2013

An Extraordinary Life: The Pursuit of an Extraordinary God
Aired Date: June 9, 2013

Freedom From Worry - New Thoughts, New Feelings
Aired Date: June 2, 2013

Freedom From Worry - Embracing God's Provision
Aired Date: May 26, 2013

Freedom From Worry - Listening to Jesus
Aired Date: May 19, 2013

Freedom From Worry - An Opportunity
Aired Date: May 12, 2013

Preparing Our Hearts - Breaking Ground
Aired Date: May 5, 2013

Preparing Our Hearts - Embarking on an Adventure
Aired Date: April 28, 2013

Preparing Our Hearts
Aired Date: April 21, 2013

**New to Intend?**
Find out about Intend Ministries--
Who we are and what we are doing

**Intend Videos**
Video of Pastor G.
Allen Jackson

**Intend Resources**
Resources to help
you in your
ministry

**World Outreach Church**
The home church of
Intend Ministries

**Give Online**
Give to Intend
Ministries online

Intend Ministries
Learn more about Intend Ministries
Learn more about G. Allen Jackson
Visit the Intend Ministries Store
Contact Intend Ministries

Intend Media
Visit Intend Resources
Watch Sermons from Intend
See the Television Broadcast Schedule
Listen to the Online Radio Station

World Outreach Church
Learn more about our home church
Find the Church
Small Group Resources
Recent Sermons from WOC

Donate
Give Online to Intend

© 2014 Intend Ministries | G. Allen Jackson Faith Initiatives | Murfreesboro, TN

# EXHIBIT 10

Department Home | Contact Us | Search: [_____] [Go]

Administrative Hearings | Business Services | Charitable Fundraising | Elections | Library & Archives | Publications

# Tennessee Secretary of State
## Tre Hargett

| Home | Corporations | Motor Vehicle Temp Liens | Summons | Trademarks | UCC | Workers' Comp Exemption | More Services |

Business Services Online > Search Business Information > Business Entity Detail

# Business Entity Detail

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**Actions Available For This Entity:**

File Annual Report    Update Mailing Address

Certificate of Existence    Change Registered Agent

---

**000640745: Corporation Non-Profit - Domestic**                    [Printer Friendly Version]

| | |
|---|---|
| **Name:** INTEND MINISTRIES | |
| **Status:** Active | **Initial Filing Date:** 09/23/2010 |
| **Formed in:** TENNESSEE | **Delayed Effective Date:** |
| **Fiscal Year Close:** December | **AR Due Date:** 04/01/2014 |
| **Term of Duration:** Perpetual | **Inactive Date:** |
| **Principal Office:** 2410 AMBER GLEN CT MURFREESBORO, TN 37128-8518 USA | |
| **Mailing Address:** 2410 AMBER GLEN CT MURFREESBORO, TN 37128-8518 USA | |
| **AR Exempt:** No | **Obligated Member Entity:** No |
| **Public Benefit Corporation:** Yes | **Religious Corporation:** Yes |

| **Assumed Names** | History | Registered Agent |
|---|---|---|

| Name | Status | Expires |
|---|---|---|
| Intend Resources | Active | 12/13/2017 |
| Intend Media | Active | 12/13/2017 |
| Intend Publishing | Active | 12/13/2017 |
| Intend Music | Active | 12/13/2017 |

---

Division of Business Services
312 Rosa L. Parks Avenue, Snodgrass Tower, 6th Floor
Nashville, TN 37243
615-741-2286
Email | Directions | Hours and Holidays

Contact Us | Site Map | Web Policies | Disclaimer | Department of State | Tennessee.gov

© 2013 Tennessee Department of State

# EXHIBIT 11

# Mighty Men Conference USA Announces Musical Guests: Scotty McCreery, Charlie Daniels and Stikyard Join Evangelist Angus Buchan and Pastor G. Allen Jackson at Nashville's Bridgestone Arena Nov. 17

PR Newswire
Public Interest Services

*November 8, 2013 11:36 AM*

NASHVILLE, Tenn., Nov. 8, 2013 /PRNewswire-USNewswire/ -- The program for the first Nashville Mighty Men Conference USA is now complete with the introduction of musical guests. American Idol's Scotty McCreery, country music artist Charlie Daniels and the drumming sensation Stikyard will all be performing at this major event as Angus Buchan shares his world-famous message on seeking God's direction. Tickets are on sale now for the November 17th event at the Bridgestone Arena – mightymenusa.org.

"This conference is a next step to one of the greatest awakenings of interest I've experienced," said G. Allen Jackson, Senior Pastor of Murfreesboro, Tennessee's World Outreach Church and conference director. "In May of this year, MTSU's Murphy Center was filled with men seeking God's direction in their lives and finding it through the available source of God's Word. No one person made it happen. It was the enthusiasm of one person at a time. And that's what's happening with this Nashville event as well with key Nashville business leaders spreading the word, mostly by word of mouth, with great enthusiasm.

"Music is a big dynamic in the way we make worshipping God authentic," Jackson continued "These guests, who have a heart and their own inspiration meshed right into music are another asset of this one night, two-hour event. And men are ready to explore and find their greater God direction."

Mighty Men Conferences first began in South Africa by Angus Buchan, farmer–preacher, who asked God for a miracle harvest that would become gainful for thousands in South Africa. He sees a parallel of many unpredictable faith effects that he believes are relevant to America today. His story was placed into two films by Sony Pictures: "Faith Like Potatoes" and "Ordinary People," as well as several books and other media invitations.

Angus Buchan's message is not just about a harvest but a business harvest that changed South Africa.

"I know what kind of harvest God can bring, and it can happen in America too," Buchan said. "God has a tremendous multiplication factor that's about faith. Men are looking for the freedom

to come together in greater strength for their families and businesses. God knows about this hunger. He has heard the prayers of believers and I think He is ready."

**Related Links**
Mighty Men Conference USA

Video with caption: "Find out more about the Mighty Men Conference, now sweeping the globe." Video available at: http://www.youtube.com/watch?v=BsFGeLZN1mg

Video with caption: "Mighty Men Conference USA's first time in Nashville, TN, November 17th." Video available at: http://origin-qps.onstreammedia.com/origin/multivu_archive/PRNA/ENR/FX-MM13275-20131108-01.mp4

Image with caption: "The Mighty Men Conference Nashville features Angus Buchan, G. Allen Jackson, Scotty McCreery and Charlie Daniels." Image available at: http://photos.prnewswire.com/prnh/20131108/MM13275

Media contact: Lucy Phillips, World Outreach Church
615-896-4515
lucy.phillips@wochurch.org

SOURCE World Outreach Church

http://news.yahoo.com/mighty-men-conference-usa-announces-musical-guests-scotty-163600329.html



Try Prime    Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾    Search    All ▾    mighty men angus buchanan    Go    Hello. Sign in
Your Account ▾    Try
Prime ▾    0
Cart ▾    Wish
List ▾

Books    Advanced Search    New Releases    Best Sellers    The New York Times® Best Sellers    Children's Books    Textbooks    Sell Your Books

**The Mighty Men Journey** Hardcover –
January 1, 2012
by Angus Buchan (Author)
Be the first to review this item

Hardcover
from $20.00

1 Used from $20.00

1 Used from $20.00

See All Buying Options

Add to Wish List

Have one to sell?    Sell on Amazon

THE MIGHTY MEN JOURNEY gives a compelling account of one man's obedience to God that brought about a revival in South Africa and has changed thousands of lives forever. THE MIGHTY MEN JOURNEY, by renowned and beloved author and evangelist Angus Buchan, tells the amazing story of the Mighty
Read more

Share

## Customers viewing this page may be interested in these sponsored links (What's this?)

· Journeys® Official Site    -    Shop Your Favorite Brands and Save up to 50% on Select Styles.    www.journeys.com/Sale
· 2014 Dodge® Journey    -    Most Affordable 7-Passenger Crossover. Search New Inventory!    www.dodgecurrentoffers.com/Journey
· 2013 Dodge Journey    -    New Dodge Journey Is Here! Browse And Get Our Internet Price.    www.autonation.com/

## Product Details

**Hardcover**
**Publisher:** Christian Art Publishers; 1ST edition (2012)
**Language:** English
**ISBN-10:** 1432102478
**ISBN-13:** 978-1432102470
**Product Dimensions:** 10 x 7 x 1 inches
**Shipping Weight:** 2 pounds
**Average Customer Review:** Be the first to review this item
**Amazon Best Sellers Rank:** #7,418,359 in Books (See Top 100 in Books)

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **update product info, give feedback on images**, or **tell us about a lower price?**

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.

**Best Books of the Year**
Looking for something good to read? Browse our editors' picks for the Best Books of the Year in fiction, nonfiction, mysteries, romance, and much more.

## Customer Reviews

**There are no customer reviews yet.**

5 star
4 star
3 star
2 star
1 star

Share your thoughts with other customers

Write a customer review

amazon Prime

Get one year of Amazon Prime **plus 100 Reward Dollars** with your new Blue Cash Preferred™ Card from American Express.

Learn How

Advertisement

## What Other Items Do Customers Buy After Viewing This Item?



A Mustard Seed: A Daily Devotional  by Angus Buchan  Hardcover
(1)
$15.86

Come of Age: The Road to Spiritual Maturity  by Angus Buchan  Paperback
(6)
$12.05

› Explore similar items

---

### Feedback

▸ If you have a question or problem, visit our Help pages.

▸ Would you like to update product info, give feedback on images, or tell us about a lower price?

▸ If you are a seller for this product and want to change product data, click here (you may have to sign in with your seller id).

---

### Your Recently Viewed Items and Featured Recommendations

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

## amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **AfterSchool.com** Kids Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **AmazonFresh** Groceries & More Right To Your Door | **Amazon Local** Great Local Deals in Your City | **AmazonSupply** Business, Industrial & Scientific Supplies |
| **Amazon Web Services** Scalable Cloud Computing Services | **Askville** Community Answers | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Bookworm.com** Books For Children Of All Ages | **Casa.com** Kitchen, Storage & Everything Home |
| **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India |
| **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools | **Vine.com** Everything to Live Life Green |
| | **Wag.com** Everything For Your Pet | **Warehouse Deals** Open-Box Discounts | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates

# EXHIBIT 12

intendministries.org

Is this your domain name? <u>Renew it now</u>.

Access to .ORG WHOIS information is provided to assist persons in
determining the contents of a domain name registration record in the
Public Interest Registry registry database. The data in this record i
Public Interest Registry for informational purposes only, and Public
not
guarantee its accuracy.  This service is intended only for query-base
access. You agree that you will use this data only for lawful purpose
and that, under no circumstances will you use this data to: (a) allow
enable, or otherwise support the transmission by e-mail, telephone, o
facsimile of mass unsolicited, commercial advertising or solicitation
to entities other than the data recipient's own existing customers; o
(b) enable high volume, automated, electronic processes that send
queries or data to the systems of Registry Operator, a Registrar, or
Afilias except as reasonably necessary to register domain names or
modify existing registrations. All rights reserved. Public Interest R
the right to modify these terms at any time. By submitting this query
you agree to abide by this policy.

Domain ID:D149315681-LROR
Domain Name:INTENDMINISTRIES.ORG
Created On:04-Oct-2007 18:38:56 UTC
Last Updated On:19-Sep-2013 11:13:07 UTC
Expiration Date:04-Oct-2014 18:38:56 UTC
Sponsoring Registrar:Domain.com, LLC (R1915-LROR)
Status:OK
Registrant ID:DOT-WY14KJW60BH9
Registrant Name:Keith Posch
Registrant Organization:World Outreach Church
Registrant Street1:1921 New Salem Rd. Hwy 99
Registrant Street2:
Registrant Street3:
Registrant City:Murfreesboro
Registrant State/Province:TN
Registrant Postal Code:37128
Registrant Country:US
Registrant Phone:+1.6158964515
Registrant Phone Ext.:
Registrant FAX:+1.6158676630
Registrant FAX Ext.:
Registrant Email:keith.posch@wochurch.org
Admin ID:DOT-4T909A5L6HYH
Admin Name:Keith Posch
Admin Organization:World Outreach Church
Admin Street1:1921 New Salem Rd. Hwy 99
Admin Street2:
Admin Street3:
Admin City:Murfreesboro
Admin State/Province:TN
Admin Postal Code:37128
Admin Country:US
Admin Phone:+1.6158964515
Admin Phone Ext.:

```
Admin FAX:+1.6158676630
Admin FAX Ext.:
Admin Email:keith.posch@wochurch.org
Tech ID:DOT-SHQFOILSXQAS
Tech Name:Keith Posch
Tech Organization:World Outreach Church
Tech Street1:1921 New Salem Rd. Hwy 99
Tech Street2:
Tech Street3:
Tech City:Murfreesboro
Tech State/Province:TN
Tech Postal Code:37128
Tech Country:US
Tech Phone:+1.6158964515
Tech Phone Ext.:
Tech FAX:+1.6158676630
Tech FAX Ext.:
Tech Email:keith.posch@wochurch.org
Name Server:DNS.SITE5.COM
Name Server:DNS2.SITE5.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Network Solutions  >>  Whois  >>  Results
Log In

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

**WHOIS Results for intendresources.com**

Available domain names similar to intendresources.com

Available Extensions

☐ **intendresources**.us
☐ **intendresources**.us.com
☐ **intendresources**.info
☐ **intendresources**.mobi

Available Domains

☐ atlantaintendinfos.com
☐ intend-resources.com
☐ **intendresources**inc.com
☐ intendassets.com

Premium Resale Domains

☐ designateadriver.com         **$1,995**
☐ citingresources.com          **$699**
☐ destineywoc.com              **$299**
☐ resourceperson.com           **$449**
☐ **intendresources**.biz
☐ **intendresources**.co.uk
☐ **intendresources**.pro
☐ **intendresources**.de
☐ **intendresources**.im
☐ **intendresources**.co
☐ intend-assets.com
☐ intend-infos.com
☐ intendinfos.com
☐ intendassetsinc.com
☐ intendsources.com
☐ intend-sources.com

https://www.networksolutions.com/whois/results.jsp?domain=intendresources.com          1/10/2014

☐ destineylynnphotography.com $799
☐ humanresourcesissues.com $850
☐ specifyrates.com $477

<u>View more</u>

Add Selected to Cart

**Promote your business to millions of viewers for only $1.25 a month!**
Learn how you can get an Enhanced Business Listing here for your domain name. <u>Learn More</u>

intendresources.com

Is this your domain name? <u>Renew it now</u>.

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.n
for detailed information.

    Domain Name: INTENDRESOURCES.COM
    Registrar: DOMAIN.COM, LLC
    Whois Server: whois.domain.com
    Referral URL: http://www.domain.com
    Name Server: DNS.SITE5.COM
    Name Server: DNS2.SITE5.COM
    Status: ok
    Updated Date: 30-jan-2013
    Creation Date: 08-jan-2013
    Expiration Date: 08-jan-2015

>>> Last update of whois database: Fri, 10 Jan 2014 18:10:12 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the regist
currently set to expire. This date does not necessarily reflect the e
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois databa
view the registrar's reported date of expiration for this registratio

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining informa
about or related to a domain name registration record. VeriSign does
guarantee its accuracy. By submitting a Whois query, you agree to abi
```

by the following terms of use: You agree that you may use this Data o
for lawful purposes and that under no circumstances will you use this
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, tele
or facsimile; or (2) enable high volume, automated, electronic proces
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree n
use electronic processes that are automated and high-volume to access
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the
to restrict your access to the Whois database in its sole discretion
operational stability.  VeriSign may restrict or terminate your acces
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

The previous information has been obtained either directly from the registrant or a registrar of the
domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its
accuracy or completeness.

Network Solutions  >>  Whois  >>  Results
Log In

- Search
- Renew
- Transfer
- Features
- Private Registration
- Protect
- Forward

**WHOIS Results for mightymenusa.org**

Available domain names similar to mightymenusa.org

Available Extensions

☐ **mightymenusa**.us
☐ **mightymenusa**.us.com
☐ **mightymenusa**.mobi
☐ **mightymenusa**.biz

Available Domains

☐ mighty-men-usa.com
☐ mightymenamerica.com
☐ mighty-men-america.com
☐ mightymanusa.com

Premium Resale Domains

☐ almightily.com          **$1,695**
☐ apowerfulvoice.com      **$3,688**
☐ samplemenus.com        **$1,599**
☐ rdausa.com             **$300**
☐ **mightymenusa**.co.uk
☐ **mightymenusa**.pro
☐ **mightymenusa**.de
☐ **mightymenusa**.im
☐ **mightymenusa**.co
☐ **mightymenusa**.asia
☐ art**mightymenusa**.com
☐ smart**mightymenusa**.com
☐ smartmightymenamerica.com
☐ artmightymenamerica.com
☐ **mightymenusa**services.com
☐

https://www.networksolutions.com/whois/results.jsp?domain=mightymenusa.org          12/31/2013

mightymenusa.org WHOIS domain registration information from Network Solutions

mightymenamericaservices.com

☐ mostpowerfullaptop.com $1,000
☐ powerfulalternative.com $2,588
☐ banquetmenus.com $949

View more



**Promote your business to millions of viewers for only $1.25 a month!**
Learn how you can get an Enhanced Business Listing here for your domain name. Learn More

mightymenusa.org

Is this your domain name? Renew it now.

Access to .ORG WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Public Interest Registry registry database. The data in this record i Public Interest Registry for informational purposes only, and Public not
guarantee its accuracy.  This service is intended only for query-base access. You agree that you will use this data only for lawful purpose and that, under no circumstances will you use this data to: (a) allow enable, or otherwise support the transmission by e-mail, telephone, o facsimile of mass unsolicited, commercial advertising or solicitation to entities other than the data recipient's own existing customers; o (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Public Interest R the right to modify these terms at any time. By submitting this query you agree to abide by this policy.

Domain ID:D168477344-LROR
Domain Name:MIGHTYMENUSA.ORG
Created On:18-Apr-2013 22:45:11 UTC
Last Updated On:18-Jun-2013 03:46:43 UTC
Expiration Date:18-Apr-2014 22:45:11 UTC
Sponsoring Registrar:Domain.com, LLC (R1915-LROR)
Status:OK
Registrant ID:tunLWA4q2mzu1xQh
Registrant Name:Phillip Jackson
Registrant Organization:Phillip Jackson
Registrant Street1:1921 New Salem Road
Registrant Street2:
Registrant Street3:
Registrant City:Murfreesboro

```
Registrant State/Province:TN
Registrant Postal Code:37128
Registrant Country:US
Registrant Phone:+1.6158964515
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:keith.posch@wochurch.org
Admin ID:tumozfQZDIRAeBj1
Admin Name:Phillip Jackson
Admin Organization:Phillip Jackson
Admin Street1:1921 New Salem Road
Admin Street2:
Admin Street3:
Admin City:Murfreesboro
Admin State/Province:TN
Admin Postal Code:37128
Admin Country:US
Admin Phone:+1.6158964515
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:keith.posch@wochurch.org
Tech ID:tuqkP8m3SPOpzowo
Tech Name:Eric White
Tech Organization:Dotster, Inc.
Tech Street1:10 Corporate Dr., Suite 300
Tech Street2:
Tech Street3:
Tech City:Burlington
Tech State/Province:MA
Tech Postal Code:01803
Tech Country:US
Tech Phone:+1.8004015250
Tech Phone Ext.:
Tech FAX:+1.7812726550
Tech FAX Ext.:
Tech Email:support@dotster.com
Name Server:DNS.SITE5.COM
Name Server:DNS2.SITE5.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

# EXHIBIT 13

# MIGHTY MEN OF GOD®

# Hosting Your Event

**Home**

**Comments/Impact**

**Conference Manual**

**Certificate**

**Heaven's Home**

**Leadership Sample**

**Men's Conf. Trailer**

**Hosting Your Event**

**Comments/Impact**

**Dr. Paul Freed**

**Mission Statement**

**Resources**

**Upcoming Conf.**

**Register Online**

**Contact Info.**

**MensLetter**

**Espanol**

## Hosting a Conference

Your church, convention or organization can host a **Mighty Men of God Men's Conference** for your region! We know this ministry will be a real blessing to all the men in your area. Other ministries have been strengthened; yours will be also.

## Promotional Materials Provided

**(Click on title to view sample)**

**Video Trailer DVD**

**Full Color InfoMarks** to promote Conference

**Color Posters** for public areas and Sunday School classrooms

**Newspaper Ads** (1/2, 1/4, 1/8 page format masters)

**Bulletin Insert** masters listing information for Host Churches

**Information Sheets** for Church Staff

**E-mail Blast** Invitation Article and Notification

## Provided to Attendees

**Conference manual** (40-page full color)

**Handsome Certificate**

**Personalized Name Tags**

**Commissioning Certificate** for Fathers and Sons attending together

**Writing pen**

**Certificate** for Senior Men

# Mighty Men of God Conferences

Mighty Men of God conferences begin with the "**David and His Mighty Men Conference**" followed by the "**Valor and Courage Conference**" and "**Men of the Mountain Conference**."

http://www.mightymenofgod.com/hosting.htm                    12/31/2013

## Topics covered in first conference

# Men of Might

Friday night, Session 1

*Dr. Freed introduces us to David's Mighty Men. He then applies the Key Elements of a Successful Spiritual Army.*

# Men of Wisdom

Friday night, Session 2

*We find inspiration in the Insights into Wise Spiritual Warfare. Leadership Principles and Keys to Real Friendship provide practical guides to manhood.*

# Men of Vision

Saturday morning, Session 1

*Visionary men carry their vision in every walk of life. Fathers and Sons are commissioned in their roles; Pastors are protected in prayer; and Senior Mighty Men are honored.*

# Men of Holiness

Saturday morning, Session 2

*Dr. Freed describes the key male sins and how to have final victory and blessing.*

## Contact

Mighty Men of God
Box 70
Orlando, FL 32802
info@MightyMen.org
1-86-MIGHTY MEN (1-866-444-8963)

**Copyright © 2012 Mighty Men of God, Inc.**

# EXHIBIT 14

| Mighty Men and Mighty Men Of God Conferences 2003-2013 | | |
|---|---|---|
| **Date** | **City** | **State** |
| Sep. 5-6, 2003 | Roswell | GA |
|  |  |  |
| Jan. 16–17, 2004 | Brunswick | GA |
| Feb. 27-28, 2004 | Athens | TN |
| Mar. 26-27, 2004 | Stafford | VA |
| Apr. 30-1, 2004 | Jacksonville | FL |
| May. 21-22, 2004 | Hendersonville | NC |
| Aug 20-21, 2004 | Dothan | AL |
| Aug. 27-28, 2004 | Virginia Beach | VA |
| Sep. 26, 2004 | Clarksville | TN |
| Oct. 1-2, 2004 | Fayetteville | GA |
| Oct. 23, 2004 | Kingsland | GA |
| Nov. 13, 2004 | Dacula | GA |
|  |  |  |
| Jan. 28-29, 2005 | Athens | TN |
| Feb. 18-19, 2005 | Jacksonville | FL |
| Mar. 5, 2005 | Folsom | LA |
| Apr. 8-9, 2005 | Stafford | VA |
| Apr. 15-16, 2005 | Lubbock | TX |
| May 20-21, 2005 | Batesville | MS |
| Aug. 19-20, 2005 | Jacksonville | FL |
| Aug. 26-27, 2005 | VirginiaBeach | VA |
| Oct. 1, 2005 | Siloam Springs | AR |
| Oct. 8, 2005 | Birmingham | AL |
| Oct. 23, 2005 | Jesup | GA |

1

| Mighty Men and Mighty Men Of God Conferences 2003-2013 | | |
|---|---|---|
| **Date** | **City** | **State** |
| Nov. 5, 2005 | Kingsland | GA |
| Nov. 11-12, 2005 | Morristown | TN |
| Nov. 18-19, 2005 | Jesup | GA |
| | | |
| Jan. 20-21, 2006 | Muskogee | OK |
| Feb. 3-4, 2006 | Brunswick | GA |
| *Feb. 10-11, 2006* | *Metairie* | *LA* |
| Feb. 17-18, 2006 | Pleasant Grove | AL |
| Feb. 24-25, 2006 | Martin | TN |
| Mar. 3-4, 2006 | Tupelo | MS |
| Mar. 10-11, 2006 | Anniston | AL |
| Apr. 21-22, 2006 | Murray | KY |
| Apr. 28-29, 2006 | Abilene | TX |
| May 5-6, 2006 | Shelbyville | TN |
| Aug. 4-5, 2006 | Cartersville | GA |
| Aug 11-12, 2006 | Prattville | AL |
| Aug. 18-19, 2006 | Knoxville | TN |
| Sep. 9, 2006 | Batesville | MS |
| Sep. 15-16, 2006 | Oklahoma City | OK |
| Sep. 23, 2006 | St Marys | GA |
| Oct. 27-28, 2006 | Rocky Mount | NC |
| Nov. 4, 2006 | Katy | TX |
| Nov. 10-11, 2006 | Bossier City | LA |
| | | |
| Jan. 26-27, 2007 | Tupelo | MS |

| Mighty Men and Mighty Men Of God Conferences 2003-2013 | | |
|---|---|---|
| **Date** | **City** | **State** |
| Feb. 9-10, 2007 | Oklahoma City | OK |
| Feb. 23-24, 2007 | Minden | LA |
| Mar. 9-10, 2007 | Murray | KY |
| Mar. 16-17, 2007 | Anniston | AL |
| Mar. 23-24, 2007 | Old Hickory | TN |
| Apr. 27-28, 2007 | Oklahoma City | OK |
| *June 2, 2007* | *San Pedro Sula, Honduras* | |
| *June 2, 2007* | *San Pedro Sula, Honduras* | |
| *June 3, 2007* | *San Pedro Sula, Honduras* | |
| *June 3, 2007* | *San Pedro Sula, Honduras* | |
| *June 6, 2007* | *Guatemala City, Guatemala* | |
| *June 9, 2007* | *Tegucigalpa, Honduras* | |
| Aug. 17-18, 2007 | Cartersville | GA |
| Sep. 21-22, 2007 | Bristol | VA |
| Nov. 2-3, 2007 | Rocky Mount | NC |
| Nov. 16-17, 2007 | Bossier City | LA |
| | | |
| Jan. 18-19, 2008 | Cary | NC |
| Jan. 25-26, 2008 | Birmingham | AL |
| Feb. 8-9, 2008 | Florence | AL |
| Feb. 22-23, 2008 | Oklahoma City | OK |
| Apr. 4-5, 2008 | Nashville | TN |
| Apr. 11-12, 2008 | Baton Rouge | LA |
| Apr. 25-26, 2008 | Alexandria | LA |
| May 2-3, 2008 | Bristol | VA |

3

## Mighty Men and Mighty Men Of God Conferences 2003-2013

| Date | City | State |
|---|---|---|
| May 16-17, 2008 | Abilene | TX |
| Aug 8-9, 2008 | Clarkesville | GA |
| Aug. 15-16, 2008 | Crystal City | MO |
| Aug. 22-23, 2008 | Meridianville | AL |
| Sep. 19-20, 2008 | Wichita | KS |
| Oct. 12-13, 2008 | Katy | TX |
| Nov. 14-15, 2008 | Kennesaw | GA |
| | | |
| Jan. 16-17, 2009 | Gordo | AL |
| Jan. 23-24, 2009 | Montgomery | AL |
| Jan. 30-31, 2009 | DeRidder | LA |
| Feb. 6-7, 2009 | Hammond | LA |
| Feb. 27-28, 2009 | Joplin | MO |
| Mar. 6-7, 2009 | Ruston | LA |
| Mar. 13-14, 2009 | Baton Rouge | LA |
| Apr. 17-18, 2009 | Coats | NC |
| May 1-2, 2009 | Mattoon | IL |
| July 18-19, 2009 | Windermere | FL |
| Aug 7-8, 2009 | Picayune | MS |
| Oct. 16-17, 2009 | Stonewall | LA |
| Nov. 13-14, 2009 | Douglasville | GA |
| | | |
| Jan. 15-16, 2010 | Gordo | AL |
| Jan. 22-23, 2010 | Trussville | AL |
| Feb. 19-20, 2010 | Huntsville | AL |

4

| Mighty Men and Mighty Men Of God Conferences 2003-2013 | | |
|---|---|---|
| **Date** | **City** | **State** |
| Feb. 26-27, 2010 | Venice | FL |
| Apr. 23-24, 2010 | *New Orleans* | *LA* |
| Apr. 30-1, 2010 | Jefferson City | MO |
| May 7-8, 2010 | Manchester | TN |
| May 14-15, 2010 | Albany | GA |
| May 21-22, 2010 | Arnold | MO |
| Aug 6-7, 2010 | Baton Rouge | LA |
| Aug. 14, 2010 | Forsyth | GA |
| Aug. 20-21, 2010 | Oklahoma City | OK |
| Aug. 27-28, 2010 | Hammond | LA |
| Sep. 11, 2010 | Pineville | LA |
| Nov. 5-6, 2010 | Vernon | IN |
| | | |
| Jan. 28-29, 2011 | Gulf Shores | AL |
| Feb. 19, 2011 | Dublin | GA |
| Feb. 26, 2011 | Loganville | GA |
| Mar. 4-5, 2011 | Moulton | AL |
| Apr. 2, 2011 | Gray | GA |
| Apr. 9, 2011 | Shreveport | LA |
| May 14, 2011 | Windermere | FL |
| Aug 5-6, 2011 | Fayetteville | GA |
| Aug. 19-20, 2011 | Southaven | MS |
| Sep. 10, 2011 | Bartlesville | OK |
| Sep. 24, 2011 | Greeneville | TN |
| Oct. 21-22, 2011 | Salina | KS |

5

| Mighty Men and Mighty Men Of God Conferences 2003-2013 | | |
| --- | --- | --- |
| **Date** | **City** | **State** |
| Nov. 11-12, 2011 | Lake Charles | LA |
| Nov. 18-19, 2011 | Dothan | AL |
| | | |
| Jan. 20-21, 2012 | Pulaski | TN |
| Feb. 3-4, 2012 | Denham Springs | LA |
| Feb. 10-11, 2012 | Helena | MT |
| Feb. 17-18, 2012 | Ardmore | OK |
| Mar. 23-24, 2012 | Bainbridge | GA |
| Mar. 31, 2012 | Franklinton | LA |
| Apr. 19-22, 2012 | *Samayac, Guatemala* | |
| May 4-5, 2012 | Milledgeville | GA |
| Sep. 14-15, 2012 | Stuart | FL |
| Sep. 29, 2012 | Helena | MT |
| Oct. 19-20, 2012 | Salina | KS |
| | | |
| Jan. 18-19, 2013 | Cookeville | TN |
| Jan. 25-26, 2013 | Des Moines | IA |
| July 28, 2013 | Deland | FL |
| Aug. 10, 2013 | Augusta | GA |
| Sep. 28, 2013 | Sanford | FL |
| Nov. 2, 2013 | Walker | LA |
| | | |
| Jan. 11, 2014 | Douglas | GA |
| Jan. 17-18, 2014 | Hudson | NC |
| Jan. 19, 2014 | Sorrento | FL |

6

# EXHIBIT 15

On May 3, 2013, more than 10,000 men gathered at MTSU's Murphy Center, Murfreesboro, TN, to be part of the first Mighty Men Conference in America!



"Several of us from the Columbus, Ohio area rented a bus for this event. We rode the bus down, attended the event, and rode the bus back that night, arriving home about 23 hours after we left. This event was amazing and lives were changed! I watched men unashamedly get down on bended knees before God, confessing sins, praying for healing and praying for deliverance from the spirit of rebellion. There is no doubt that healing has taken place while lives and families are being restored through God's healing touch. Angus spoke of revival occuring in our country and I see this event as

being the start of a mighty revival as long as the men of God are willing to lead AND be men of God."

- Doug in Ohio





"As I bought my two tickets for the men's event, I was very excited to attend and for the person I bought the additional ticket for. But the day of the men's event I found out that the person I intended the ticket and shirt for canceled at the last minute. I was disappointed, but I kept faith that I was going to use the extra ticket and the shirt on the mighty men's event.

When I arrived at the Murphy Center I met with my wife's co-worker's husband and his group while he was waiting outside to enter the event. Before I entered the event to get the seats for the group I gave him the extra ticket to give to someone that needed one.

As I entered the event I did not think much of it. The mighty men event was wonderful and uplifting. As the event was concluding and everyone came to the stage, Rick tapped on my shoulder and said, "That ticket you gave me, I gave it to that man." I looked up and I noticed the man was on his knees pouring his heart to God. I am so thankful God used me as an instrument to bless another men's life, I will continue to pray for that man as his God story grows."

- Hector in Murfreesboro



# EXHIBIT 15

On May 3, 2013, more than 10,000 men gathered at MTSU's Murphy Center, Murfreesboro, TN, to be part of the first Mighty Men Conference in America!



"Several of us from the Columbus, Ohio area rented a bus for this event. We rode the bus down, attended the event, and rode the bus back that night, arriving home about 23 hours after we left. This event was amazing and lives were changed! I watched men unashamedly get down on bended knees before God, confessing sins, praying for healing and praying for deliverance from the spirit of rebellion. There is no doubt that healing has taken place while lives and families are being restored through God's healing touch. Angus spoke of revival occuring in our country and I see this event as

being the start of a mighty revival as long as the men of God are willing to lead AND be men of God."

- Doug in Ohio





"As I bought my two tickets for the men's event, I was very excited to attend and for the person I bought the additional ticket for. But the day of the men's event I found out that the person I intended the ticket and shirt for canceled at the last minute. I was disappointed, but I kept faith that I was going to use the extra ticket and the shirt on the mighty men's event.

When I arrived at the Murphy Center I met with my wife's co-worker's husband and his group while he was waiting outside to enter the event. Before I entered the event to get the seats for the group I gave him the extra ticket to give to someone that needed one.

As I entered the event I did not think much of it. The mighty men event was wonderful and uplifting. As the event was concluding and everyone came to the stage, Rick tapped on my shoulder and said, "That ticket you gave me, I gave it to that man." I looked up and I noticed the man was on his knees pouring his heart to God. I am so thankful God used me as an instrument to bless another men's life, I will continue to pray for that man as his God story grows."

- Hector in Murfreesboro



# EXHIBIT 16

MIGHTY MEN CONFERENCE, Friday, May 3 Tickets on sale on... World Outreach Church    Page 1 of 1

Search for people, places and things

Home

**Lola Sophia Bovell** and Abigail Harlan are now friends.

**Joseph Ochoa** likes Norlan Saballos's link.

**Amanda Cummings** likes 94.7 Hits FM - Montreal's Hits Music Channel's photo.

**Devin Bustin** listened to Rich As Fuck by Lil Wayne on Spotify.

**Carolina Bedoya** likes Ambrosio Photography's photo.

**Aileen Pen Ate** likes Michael A. Swinton's photo.

**David Baer** The Void Devouring the Gadget Era — with Emma Simpson at MoMA The Museum of Modern Art.

**Lindy Bear** and Ang Mandile are now friends.

**Carlos Rojas** likes The Other 98%'s photo.

**Joseph Ochoa** likes Credit Sweep.

Show Older

**World Outreach Church** · 9,773 like this
March 1, 2013 at 9:28am ·

Like

MIGHTY MEN CONFERENCE, Friday, May 3. Tickets on sale NOW!

Join Pastor Allen and Angus Buchan at MTSU's Murphy Center for a simple message about sticking with it--despite the trials of life. Let's join together and step out to become the men God created us to be.

**Mighty Men Conference USA with Angus Buchan & Allen Jackson**
www.wochurch.org

See videos of previous Mighty Men Conferences: http://www.god.tv/mighty-mens-conference/gods-army

Like · Comment · Share                                                    49

210 people like this.

**Kristin Leisman** AMEN!!!
March 1, 2013 at 9:33am via mobile · Like ·    2

**Elaine Fennell Davenport** Mighty Indeed!
March 1, 2013 at 9:39am · Like ·    1

**Leslie Taylor Shearon** Clay and Walker are excited!!
March 1, 2013 at 10:10am · Like ·    1

**Rhonda Gann Davis** Yay
March 1, 2013 at 10:14am via mobile · Like ·    1

**Tiffany Jones** Jason Jones and Valerie Hazlett Jones -- let's make sure we get these this weekend! I have a feeling it'll be sold out within 2 weeks.
March 1, 2013 at 11:22am · Like ·    1

**Michelle Johnson** Amen!!!!
March 1, 2013 at 11:01am · Like ·    1

**Jama Jeff Dear** looking forward to this
March 1, 2013 at 1:14pm · Like ·    1

**Danya Pace** Floyd Buck...why do you say that?!
March 2, 2013 at 3:30pm via mobile · Like

**Judy Jeanes Horton Gray** Miss you my friend
March 2, 2013 at 7:55pm · Like

**Glenn Ferguson** I WANNA GO!!
March 2, 2013 at 10:26pm · Like

**Susan Fortuna** Got ours today !!
March 3, 2013 at 2:47pm via mobile · Like

**Sharyle Hapner** You should go to this.
March 3, 2013 at 4:23pm · Like

**Sharyle Hapner** Did you get your ticjet yet?
March 3, 2013 at 5:26pm · Like

**Viva Miller** Ever man should be at this
March 3, 2013 at 7:10pm via mobile · Like

**Jama Jeff Dear** Jeff, willie, daniel, and Isaac are going!
March 3, 2013 at 8:34pm · Like

**Scott Voorheis** Got my tickets
March 3, 2013 at 11:44pm via mobile · Like

**SpaceWalk PartyRental** We have our tickets!
March 4, 2013 at 11:26am · Like

**Lisa Bevill** Are women ALLOWED to come to this conference, even though it's strictly a mena's conference???
May 1, 2013 at 2:15pm · Like

Write a comment...

Sponsored                                    Create Ad

**Citi No Late Fee Card**
creditcards.citicards.com
Low Intro APR, No Late Fees Ever. Apply For a No Annual Fee Card Now. Get Started.

**Evernote Can Do THAT?**
rocketmatter.com
Lawyers, do you know all of these tips?
5,955 people like this.

**LivingSocial**
livingsocial.com
"Nabucco" and "Tosca": Tickets - $129.00 - Get Exclusive Deals!

**Shop Women's Accessories**
amazon.com
Great deals on Women's Accessories at Amazon. Free Shipping on qualified orders!

**National Institute for Trial...**
Learning-By-Doing
NITA provides in person and online trial advocacy training as well as legal publications.
Like · Ayelet Faerman likes National Institute for Trial Advocacy.

**Transform your body!**
305plasticsurgery.com
Dr. Daniel Careaga has the experience of over 4,000 successful operations.
9,397 people like this.

**Advance as an Educator**
Become a more effective educator. Full scholarships available.

**FREE Facebook Bingo!**
Bingo
Play Bingo On Facebook for FREE! Play NOW!
Play Now · 100,000 people play this

**See Who's on Match.com**
match.com
Browse Pictures & Profiles for Free! Someone You Can Love is Nearby.

Facebook © 2014
English (US) · Privacy · Terms · Cookies · More

MORE FRIENDS (0)

Turn on chat to see who's available.

Search

# EXHIBIT 17

home    about us    privacy policy    send email    site map    view cart

SEARCH [＿＿＿＿]   Go

**Extraordinary Life Groups**

**Sermon CD**

**Sermon DVD**

**MP3 Downloads**

**Sermon Series**

**Growth Tools**

**Music**

**WOC Homepage**



## Featured Products

 **Extraordinary God Sermon Series | DVD**
**$40.00**

 **2013 Prophecy Series | CD**
**$24.00**



**Lance Lambert Weekend | CD**
**$15.00**

 **AMEN (Study Guide)**
Regular price: $12.99
Sale price: $8.00

 **AMEN (DVD)**
**$21.99**

 **Angus Buchan Weekend | DVD**
**$40.00**

 **Angus Buchan Weekend | CD**
**$15.00**

 **Mighty Men USA Conference - Murfreesboro | DVD**
**$19.99**

 **Freedom From Worry (Study Guide)**
**$8.00**

 **Freedom From Worry (DVD)**
**$21.99**

 **Your Extraordinary Life: New Years Sermon Series 2013 | CD**
**$20.00**

 **Your Extraordinary Life: New Years Sermon Series 2013 | DVD**
**$40.00**

**Your Extraordinary Life (Study Guide)**
**$8.00**

**Your Extraordinary Life (DVD)**
**$21.99**

http://www.wochurchstore.org/                    12/31/2013

 

## Welcome to the World Outreach Church Online Resource Center

Find the latest resources from World Outreach Church.

HOME | ABOUT US | PRIVACY POLICY | SEND EMAIL | SITE MAP | VIEW CART

Copyright © 2012 World Outreach Church All Rights Reserved.

# EXHIBIT 18

## Glenn Barkley

**From:** <service@paypal.com>
**Date:** Friday, January 10, 2014 10:47 PM
**To:** "P Glenn Barkley" <glennbarkley@hotmail.com>
**Subject:** Receipt for Your Payment to Intend Ministries

 **PayPal**

Jan 10, 2014 19:47:49 PST
Transaction ID: 01T32502P59507213

**Hello P Glenn Barkley,**

**You sent a payment of $22.52 USD to Intend Ministries**

It may take a few moments for this transaction to appear in your account.

| **Merchant** | **Instructions to merchant** |
|---|---|
| Intend Ministries | You haven't entered any instructions. |

**Shipping address** - confirmed
Glenn Barkley
255 Doe Run Dr.
Winter Garden, FL 34787
United States

**Shipping details**
The seller hasn't provided any shipping details yet.

### The game we cannot name.
Enter for your chance to win the ultimate trip to New York City, Feb 1 3, 2014 for the game we cannot name!

 **Enter Now**

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Mighty Men USA Conference - Nashville \| DVD Item# MMCNashDVD | $19.99 USD | 1 | $19.99 USD |
| Shipping, Handling, Discounts & Taxes | $2.53 USD | 1 | $2.53 USD |

| | | |
|---|---|---|
| Subtotal | | $22.52 USD |
| **Total** | | $22.52 USD |
| **Payment** | | $22.52 USD |

Charge will appear on your credit card statement as "PAYPAL *INTENDMINIS"

Invoice ID: 121 - Glenn Barkley

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

**?** Questions? Go to the Help Center at: www.paypal.com/help.

1/13/2014

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

PayPal Email ID PP120

1/13/2014

Case 1:14-cv-20201-UU   Document 1-1   Entered on FLSD Docket 01/17/2014   Page 93 of 102   http://www.intendresources.com/checkout/checkout

You are logged in as Glenn ( Logout )

Account          Wishlist          Log Out          1 item(s) - $22.52   Checkout

SMALL GROUP STUDIES     EXTRAORDINARY LIFE GROUPS     SERMON SERIES     BOOKS     MIGHTY MEN USA

Home     Shopping Cart     Checkout

## Fkhfnrxw

**Step 1: Checkout Options**

**Step 2: Billing Details**                                                Modify »

**Step 3: Delivery Details**                                               Modify »

**Step 4: Delivery Method**                                                Modify »

**Step 5: Payment Method**                                                 Modify »

**Step 6: Confirm Order**

| Product Name | Model | Quantity | Price | Total |
|---|---|---|---|---|
| Mighty Men USA Conference - Nashville | DVD | MMCNashDVD | 1 | $19.99 | $19.99 |
| | | | Sub-Total: | $19.99 |
| | | | Media Mail: | $2.53 |
| | | | Total: | $22.52 |

Confirm Order

P {#ffrxqw          Olqnv                    Iqwhqg              H{wdv                      Iqwhqg#Plqlvwulhv

My Account          Intend Ministries        About Intend         Send an Online Gift Card   **(615) 896-4515**
Order History       George and Betty Jackson  Contact Us
Wish List           World Outreach Church    Site Map             *Intend Ministries*
                                                                  *1921 New Salem Road*
                                                                  *Murfreesboro, TN 37128*

1/12/2014 9:03 AM

# Transaction Details

## Shopping Cart Payment Sent (Unique Transaction ID #01T32502P59507213)

### Original Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 10, 2014 | Payment To Intend Ministries | Completed | ... | -$22.52 USD |

### Related Transaction

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Jan 10, 2014 | Charge From Credit Card | Completed | Details | $22.52 USD |

**Business Name:** Intend Ministries (The recipient of this payment is **Verified**)

**Email:** contact@intendministries.org

## Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | Mighty Men USA Conference - Nashville | DVD  Item # MMCNashDVD | | $19.99 USD |
| 1 | Shipping, Handling, Discounts & Taxes | | $2.53 USD |
| | | **Amount** | $22.52 USD |

**Order Description:** Shopping Cart

**Item Total:** $22.52 USD

**Sales Tax:** $0.00 USD

**Shipping:** $0.00 USD

**Handling:** $0.00 USD

**Total amount:** -$22.52 USD

**Fee amount:** $0.00 USD

**Net amount:** -$22.52 USD

**Invoice ID:** 121 - Glenn Barkley

**Date:** Jan 10, 2014

**Time:** 19:47:49 PST

**Status:** Completed

**Shipping Address:** Glenn Barkley
255 Doe Run Dr.
Winter Garden, FL 34787
United States
Confirmed

## Business Contact Information

**Customer Service URL:** http://www.intendministries.org

**Funding Type:** Credit Card

**Funding Source:** $22.52 USD - Visa Credit Card XXXX-XXXX-XXXX-1374

This credit card transaction will appear on your bill as "PAYPAL *INTENDMINIS".

**Description:** Shopping Cart

If there's a problem with this transaction, you can attempt to resolve it directly with the seller by reporting it in the Resolution Center within 45 days of the transaction.

Return to My Account

# EXHIBIT 19

**Paul David Freed**

**From:**       "Paul Crawford" <prcrawford@earthlink.net>
**To:**         "Dr Paul Freed" <DrFreed@MightyMen.org>
**Sent:**       Thursday, December 05, 2013 7:17 PM
**Subject:**    Mighty Men USA ???

Hello Dr. Freed,

I live in Florida and my son-in-law lives in Nashville. About a month ago, my son-in-law saw a sign for a Mighty Men Conference there and asked me about it. When I found it on the internet, it was Mighty Men USA?? I'm confused - is this connected to Mighty Men that does Bible-based Conferences across the country - like the one that my son-in-law and I went to in the Nashville area a couple years ago and loved it?

Sincerely,

Paul Crawford
Orlando, FL

12/6/2013

## Paul David Freed

**From:** "Paul David Freed" <Freed@MightyMen.org>
**To:** "Paul Freed" <PaulFreed@mindspring.com>
**Sent:** Friday, December 06, 2013 10:02 AM
**Subject:** Confusion about Mighty Men

Florida Pastor of First Baptist Church 300 Main St, Windermere, FL. 34786.   Concerned about two Mighty Men organizations.

----- Original Message -----
**From:** Chuck Carter
**To:** Paul David Freed
**Sent:** Tuesday, November 26, 2013 9:32 AM
**Subject:** RE: Great to have been with you Nov. 15th : Two questions

Paul,

You can send the promo material to Chris Wharton who is our media guy.  His email address is cwharton@fbcwindermere.com.  Also, I saw the MMOG advertized on some blog I was on, don't remember which one.  It may have been a link from there.

Have a great Thanksgiving,
Chuck

**From:** Paul David Freed [mailto:Freed@MightyMen.org]
**Sent:** Friday, November 22, 2013 3:58 PM
**To:** Chuck Carter
**Subject:** Great to have been with you Nov. 15th : Two questions

Dear Chuck,

When we met you mentioned that you had gotten some information about Mighty Men USA using our name. ████████████████████████████████████████████████ My question was how did you find out about them? Did they send info to FBC (i.e. mailing, email, video) or did you just find them on line yourself?  If they are using our name to contact Florida churches we'll need to get some understanding between them and MMOG.

Thanks for your help in this and we are very grateful you'll help us in opening prayer on Jan. 8th (big day).

Blessings in HIM
Paul

12/6/2013

# EXHIBIT 20



2:58

**Mighty Men Conference Sunday Morning**
by **enzer191** · 1 year ago · 656 views

1:04:05

**Mighty Men's Meeting on April 6th**
by **Imagodeicincy** . · 9 months ago · 78 views
Guest Speaker, Dr. Richard Hanner, unpacks the truth about "Man's Intended Role As Head of His House" at the April 6th Mighty ...

4:57

**Mighty Men of Valor 2013**
by **Victory Outreach International** · 1 year ago · 6,027 views
Mighty Men of Valor Men's Convention 2013 May 14th, 7.00 p.m. and ending Friday, March 17th after night session. (Daily ...

0:37

**World Outreach Church**
by **World Outreach Church** · Active 5 days ago · 14 videos
We are using this channel to offer videos of our special events offered at the church as a glimpse into what we do around WOC.

CHANNEL   **Subscribe**   309

**Mighty Men Confrence 2010 Saterday Afternoon**
by **enzer191** · 1 year ago · 67 views

37:25

**Mighty Men Confrence 2010 Sunday Morning**
by **enzer191** · 1 year ago · 56 views

3:53

**Behold The Man! (Awake The Mighty Men's Conference)**
by **Marvin Booth** · 1 year ago · 51 views
Prophet Marvin Booth preach'n to men about the image of Jesus "THE MAN". Who laid His life down! Recorded live at "New Hope ...

20:48   HD

### Results for similar searches

**Mighty Mighty Man - Roy Brown**
by **OptimumPx** · 5 years ago · 170,047 views
The song "Mighty **Mighty Man**" by Roy Brown. As heard on Galaxy News Radio! LYRICS. Well, I'm a mighty, mighty man. I'm young ...

2:54   More results for mighty men usa

**The Mighty Men of God**
by **Ricky Jones** · 3 years ago · 13,787 views
http://www.themightymenofgod.com - The **Mighty Men** of God was established to promote spiritual growth amongst the people of ...

4:41   HD   More results for mighty men usa

**1992 World Mighty Man part 1/2**
by **HITstrongman** · 2 years ago · 5,712 views
1992 World **Mighty Man** from South Africa, featuring Jamie Reeves, Jon Pall Sigmarsson, Magnus ver Magnusson, Gary Taylor. ...

11:49   More results for mighty men world

**Man The Mighty / Making of "I Am Icarus" (2013)**
by **MTM Band** · 8 months ago · 24,636 views
**Man The Mighty** Preview of their New record "I Am Icarus". Now available on iTunes and at FRET12.com!



More results for mighty mighty man

1:00

1   2   3   4   5   6   7   Next »

Language: **English** ▼      Country: **Worldwide** ▼      Safety: **Off** ▼          Help ▲

**About   Press & Blogs   Copyright   Creators & Partners   Advertising   Developers   +YouTube**
Terms   Privacy   Policy & Safety   Send feedback   Try something new!   ©2014 YouTube, LLC