# EXHIBIT 77326526

Generated on: This page was generated by TSDR on 2013-12-31 12:37:32 EST

Mark: MIGHTY MEN OF GOD

*Mighty Men of God*

US Serial Number: 77326526

US Registration Number: 3526689

Register: Principal

Mark Type: Service Mark

Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Status Date: Dec. 20, 2013

Publication Date: Aug. 19, 2008

Application Filing Date: Nov. 10, 2007

Registration Date: Nov. 04, 2008

# Mark Information

Mark Literal Elements: MIGHTY MEN OF GOD

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

# Related Properties Information

Claimed Ownership of US Registrations: 2899732

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Educational services, namely, conducting conferences in the field of Men's Ministry

International Class(es): 041 - Primary Class

Class Status: ACTIVE

Basis: 1(a)

First Use: Feb. 17, 2003

U.S Class(es): 100, 101, 107

Use in Commerce: Feb. 17, 2003

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

# Current Owner(s) Information

Owner Name: Mighty Men of God, Inc.

Owner Address: PO Box 70
Orlando, FLORIDA 32802
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized: FLORIDA

# Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Ruben Alcoba, Esq.

Attorney Primary Email alcoba@miamipatents.com

Docket Number: Mighty Men o

Attorney Email Yes

|  |  |  |  |
|---|---|---|---|
| **Address:** | | **Authorized:** | |

| **Correspondent** | | | |
|---|---|---|---|

| **Correspondent Name/Address:** | Mighty Men of God, Inc. PO Box 70 Orlando, FLORIDA 32802 UNITED STATES | | |
|---|---|---|---|
| **Phone:** | 407-654-4300 | **Fax:** | 866-686-8272 |
| **Correspondent e-mail:** | barkley@mightymen.org | **Correspondent e-mail Authorized** | Yes |

| **Domestic Representative - Not Found** | | | |
|---|---|---|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 20, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Dec. 20, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69471 |
| Dec. 10, 2013 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | 69471 |
| Dec. 20, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69471 |
| Dec. 10, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 27, 2013 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Nov. 27, 2013 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 07, 2010 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan. 07, 2010 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Nov. 04, 2008 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 19, 2008 | PUBLISHED FOR OPPOSITION | |
| Jul. 30, 2008 | NOTICE OF PUBLICATION | |
| Jul. 11, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73787 |
| Jul. 11, 2008 | ASSIGNED TO LIE | 73787 |
| Jul. 11, 2008 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 08, 2008 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 08, 2008 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 08, 2008 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 03, 2008 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jul. 03, 2008 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Feb. 26, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 26, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 26, 2008 | NON-FINAL ACTION WRITTEN | 81840 |
| Feb. 25, 2008 | ASSIGNED TO EXAMINER | 81840 |
| Nov. 15, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

| **Affidavit of Continued Use:** | Section 8 - Accepted |
|---|---|
| **Affidavit of Incontestability:** | Section 15 - Accepted |

## TM Staff and Location Information

| **TM Staff Information - None** | | | |
|---|---|---|---|
| **File Location** | | | |
| **Current Location:** | TMEG LAW OFFICE 106 | **Date in Location:** | Dec. 20, 2013 |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, December 20, 2013 11:00 PM |
| **To:** | barkley@mightymen.org |
| **Subject:** | Trademark RN 3526689: Official Notice of Acceptance and Acknowledgement under Sections 8 and 15 of the Trademark Act |

**Serial Number:** 77326526
**Registration Number:** 3526689
**Registration Date:** Nov 4, 2008
**Mark:** MIGHTY MEN OF GOD(STANDARD CHARACTER MARK)
**Owner:** Mighty Men of God, Inc.

Dec 20, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=77326526.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 77326526 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN OF GOD |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /P Glenn Barkley/ |
| **SIGNATORY NAME** | P. Glenn Barkley |
| **SIGNATORY DATE** | 12/10/2013 |
| **SIGNATORY POSITION** | Treasurer |
| **SIGNATORY PHONE NUMBER** | 407-654-4300 |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Dec 10 15:38:25 EST 2013 |
| **TEAS STAMP** | USPTO/S08N15-209.26.12.2-20131210153825300251-3526689-500d2abce1ead64c4a8e7c5d6a6969f8c7b9dd32a628724a79679dc2a941233c7f-ET-1993-20131210153436326448 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3526689 |
| **REGISTRATION DATE** | 11/04/2008 |
| **SERIAL NUMBER** | 77326526 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN OF GOD |
| **CORRESPONDENCE SECTION (current)** | |
| **NAME** | Ruben Alcoba, Esq. |
| **FIRM NAME** | Alcoba & Associates, P.A. |
| **STREET** | 3399 NW 72nd Avenue, Suite 211 |
| **CITY** | Miami |
| **STATE** | Florida |
| **POSTAL CODE** | 33122 |
| **COUNTRY** | United States |
| **PHONE** | 3053628118 |
| **FAX** | 3054367429 |
| **EMAIL** | alcoba@miamipatents.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **DOCKET/REFERENCE NUMBER** | Mighty Men o |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Mighty Men of God, Inc. |
| **STREET** | |

| STREET | PO Box 70 |
| --- | --- |
| CITY | Orlando |
| STATE | Florida |
| POSTAL CODE | 32802 |
| COUNTRY | United States |
| PHONE | 407-654-4300 |
| FAX | 866-686-8272 |
| EMAIL | barkley@mightymen.org |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 041 |
| --- | --- |
| GOODS OR SERVICES | Educational services, namely, conducting conferences in the field of Men's Ministry |
| SPECIMEN FILE NAME(S) | |
| JPG FILE(S) | \\TICRS\EXPORT16\IMAGEOUT 16\773\265\77326526\xml3\8150002.JPG |
| ORIGINAL PDF FILE | SPN0-72402264-151159981_._Stone13-InfoMark.pdf |
| CONVERTED PDF FILE(S) (2 pages) | \\TICRS\EXPORT16\IMAGEOUT16\773\265\77326526\xml3\8150003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\773\265\77326526\xml3\8150004.JPG |
| SPECIMEN DESCRIPTION | Poster and bookmarks promoting the Mighty Men Of God (R) conferences. |

## OWNER SECTION (current)

| NAME | Mighty Men of God, Inc. |
| --- | --- |
| STREET | PO Box 70 |
| CITY | Orlando |
| STATE | Florida |
| ZIP/POSTAL CODE | 32802 |
| COUNTRY | United States |
| PHONE | 407-909-0707 |

| FAX | 407-909-0808 |
|---|---|
| EMAIL | barkley@mightymen.org |

## OWNER SECTION (proposed)

| NAME | Mighty Men of God, Inc. |
|---|---|
| STREET | PO Box 70 |
| CITY | Orlando |
| STATE | Florida |
| ZIP/POSTAL CODE | 32802 |
| COUNTRY | United States |
| PHONE | 407-654-4300 |
| FAX | 866-686-8272 |
| EMAIL | barkley@mightymen.org |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Florida |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
|---|---|
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| TOTAL FEE PAID | 300 |

## SIGNATURE SECTION

| SIGNATURE | /P Glenn Barkley/ |
|---|---|
| SIGNATORY'S NAME | P. Glenn Barkley |
| SIGNATORY'S POSITION | Treasurer |
| DATE SIGNED | 12/10/2013 |
| SIGNATORY'S PHONE NUMBER | 407-654-4300 |
| PAYMENT METHOD | ET |

### FILING INFORMATION

| SUBMIT DATE | Tue Dec 10 15:38:25 EST 2013 |
|---|---|

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N15-209.26.12.2-20131210153825300251-3526689-500d2abce1ead64c4a8e7c5d6a6969f8c7b9dd32a628724a79679dc2a941233c7f-ET-1993-20131210153436326448 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 3526689
**REGISTRATION DATE:** 11/04/2008

**MARK:** MIGHTY MEN OF GOD

The owner, Mighty Men of God, Inc., a corporation of Florida, having an address of
   PO Box 70
   Orlando, Florida 32802
   United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: Educational services, namely, conducting conferences in the field of Men's Ministry; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Poster and bookmarks promoting the Mighty Men Of God (R) conferences..

**JPG file(s):**
Specimen File1
**Original PDF file:**
SPN0-72402264-151159981_._Stone13-InfoMark.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
The registrant's current Correspondence Information: Ruben Alcoba, Esq. of  Alcoba & Associates, P.A.
   3399 NW 72nd Avenue, Suite 211
   Miami, Florida (FL) 33122
   United States
The docket/reference number is Mighty Men o.

The registrant's proposed Correspondence Information: Mighty Men of God, Inc.
   PO Box 70
   Orlando, Florida (FL) 32802

United States


The phone number is 407-654-4300.

The fax number is 866-686-8272.

The email address is barkley@mightymen.org.

A fee payment in the amount of $300 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration


*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /P Glenn Barkley/     Date: 12/10/2013
Signatory's Name: P. Glenn Barkley
Signatory's Position: Treasurer
Signatory's Phone Number: 407-654-4300

Serial Number: 77326526
Internet Transmission Date: Tue Dec 10 15:38:25 EST 2013
TEAS Stamp: USPTO/S08N15-209.26.12.2-201312101538253
00251-3526689-500d2abce1ead64c4a8e7c5d6a
6969f8c7b9dd32a628724a79679dc2a941233c7f
-ET-1993-20131210153436326448





Mighty Men Of God, the nation's most dynamic Men's Conference is now coming to the **Stone Association of SB Region**.

Men need to be affirmed and encouraged in every aspect of their manhood.

Young Mighty Men, ages 12-17, are strengthened and envisioned in their school mission and friendship challenges.

Single Men critical to the power of church life, are lifted to heights they never hoped for.

Married and Senior Men are honored related to their Brides and Families.

THE LEADER: Dr. Paul Freed
THE DATE: **January 18-19, 2013**
Friday evening and Sat. Morning til noon
THE PLACE: **Midway Baptist Church, Cookeville, TN**
THE REGISTRATION:
Phone 1-86-MIGHTY-MEN,
or online at MightyMenOfGod.com
THE CONFERENCE: Men,
You will never be the same!!!

   

Mighty Men Of God, the nation's most dynamic Men's Conference is now coming to the **Stone Association of SB Region**.

Men need to be affirmed and encouraged in every aspect of their manhood.

Young Mighty Men, ages 12-17, are strengthened and envisioned in their school mission and friendship challenges.

Single Men critical to the power of church life, are lifted to heights they never hoped for.

Married and Senior Men are honored related to their Brides and Families.

THE LEADER: Dr. Paul Freed
THE DATE: **January 18-19, 2013**
Friday evening and Sat. Morning til noon
THE PLACE: **Midway Baptist Church, Cookeville, TN**
THE REGISTRATION:
Phone 1-86-MIGHTY-MEN,
or online at MightyMenOfGod.com
THE CONFERENCE: Men,
You will never be the same!!!

   

Mighty Men Of God, the nation's most dynamic Men's Conference is now coming to the **Stone Association of SB Region**.

Men need to be affirmed and encouraged in every aspect of their manhood.

Young Mighty Men, ages 12-17, are strengthened and envisioned in their school mission and friendship challenges.

Single Men critical to the power of church life, are lifted to heights they never hoped for.

Married and Senior Men are honored related to their Brides and Families.

THE LEADER: Dr. Paul Freed
THE DATE: **January 18-19, 2013**
Friday evening and Sat. Morning til noon
THE PLACE: **Midway Baptist Church, Cookeville, TN**
THE REGISTRATION:
Phone 1-86-MIGHTY-MEN,
or online at MightyMenOfGod.com
THE CONFERENCE: Men,
You will never be the same!!!

   

## ROUTING SHEET TO POST REGISTRATION (PRU)

**Registration Number:**   3526689

**Serial Number:**   77326526

**RAM Sale Number:  3526689**

**RAM Accounting Date:  20131211**

**Total Fees:**   $300

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20131210 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20131210 | $200 | 1 | 1 | $200 |

Physical Location:      - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20131210









Mighty Men Of God, the nation's most dynamic Men's Conference is now coming to the **Stone Association of SB Region**.

Men need to be affirmed and encouraged in every aspect of their manhood.

Young Mighty Men, ages 12-17, are strengthened and envisioned in their school mission and friendship challenges.

Single Men critical to the power of church life, are lifted to heights they never hoped for.

Married and Senior Men are honored related to their Brides and Families.

THE LEADER: Dr. Paul Freed
THE DATE: **January 18-19, 2013**
Friday evening and Sat. Morning til noon
THE PLACE: **Midway Baptist Church, Cookeville, TN**
THE REGISTRATION:
   Phone 1-86-MIGHTY-MEN,
   or online at MightyMenOfGod.com
THE CONFERENCE: Men,
   You will never be the same!!!

   

Mighty Men Of God, the nation's most dynamic Men's Conference is now coming to the **Stone Association of SB Region**.

Men need to be affirmed and encouraged in every aspect of their manhood.

Young Mighty Men, ages 12-17, are strengthened and envisioned in their school mission and friendship challenges.

Single Men critical to the power of church life, are lifted to heights they never hoped for.

Married and Senior Men are honored related to their Brides and Families.

THE LEADER: Dr. Paul Freed
THE DATE: **January 18-19, 2013**
Friday evening and Sat. Morning til noon
THE PLACE: **Midway Baptist Church, Cookeville, TN**
THE REGISTRATION:
   Phone 1-86-MIGHTY-MEN,
   or online at MightyMenOfGod.com
THE CONFERENCE: Men,
   You will never be the same!!!

   

Mighty Men Of God, the nation's most dynamic Men's Conference is now coming to the **Stone Association of SB Region**.

Men need to be affirmed and encouraged in every aspect of their manhood.

Young Mighty Men, ages 12-17, are strengthened and envisioned in their school mission and friendship challenges.

Single Men critical to the power of church life, are lifted to heights they never hoped for.

Married and Senior Men are honored related to their Brides and Families.

THE LEADER: Dr. Paul Freed
THE DATE: **January 18-19, 2013**
Friday evening and Sat. Morning til noon
THE PLACE: **Midway Baptist Church, Cookeville, TN**
THE REGISTRATION:
   Phone 1-86-MIGHTY-MEN,
   or online at MightyMenOfGod.com
THE CONFERENCE: Men,
   You will never be the same!!!

   

PTO Form 2197 (Rev 09/2005)
OMB No. 0651-0056 (Exp 09/30/2014)

# Change Of Owner's Address

---

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 77326526 |
| **REGISTRATION NUMBER** | 3526689 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 106 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN OF GOD |
| **OWNER SECTION (current)** | |
| **NAME** | Mighty Men of God, Inc. |
| **STREET** | PO Box 70 |
| **CITY** | Orlando |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32802 |
| **COUNTRY** | US |
| **PHONE** | 407-909-0707 |
| **FAX** | 407-909-0808 |
| **EMAIL** | barkley@mightymen.org |
| **NEW OWNER ADDRESS** | |
| **STREET** | PO Box 70 |
| **CITY** | Orlando |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32802 |
| **COUNTRY** | United States |
| **PHONE** | 407-654-4300 |
| **FAX** | 866-686-8272 |
| **EMAIL** | barkley@mightymen.org |

**SIGNATURE SECTION**

| | |
|---|---|
| **SIGNATURE** | /P Glenn Barkley/ |
| **SIGNATORY NAME** | P. Glenn Barkley |
| **SIGNATORY DATE** | 11/27/2013 |
| **SIGNATORY POSITION** | Treasurer |
| **SIGNATORY PHONE NUMBER** | 407-654-4300 |

**FILING INFORMATION SECTION**

| | |
|---|---|
| **SUBMIT DATE** | Wed Nov 27 20:04:11 EST 2013 |
| **TEAS STAMP** | USPTO/COA-72.40.22.64-201 31127200411203898-7732652 6-50013617e5c67f5aac3a754 6817a646bd46a7842e724e5d7 babc9aa57dc41ac1b6-N/A-N/ A-20131127193637757328 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77326526 |
| **REGISTRATION NUMBER** | 3526689 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 106 |
| **ATTORNEY DOCKET NUMBER** | Mighty Men of God |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN OF GOD |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | Craig Kirsch, Esq.<br>Alcoba & Associates, P.A.<br>Suite 211<br>3399 NW 72 Avenue<br>Miami Florida (FL) 33122<br>United States (USX)<br>305-362-8118<br>305-436-7429<br>craig@miamipatents.com |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| **NAME** | Ruben Alcoba, Esq. |
| **FIRM NAME** | Alcoba & Associates, P.A. |
| **STREET** | 3399 NW 72nd Avenue, Suite 211 |
| **CITY** | Miami |
| **STATE** | Florida |
| **COUNTRY** | United States |

| | |
|---|---|
| **POSTAL/ZIP CODE** | 33122 |
| **PHONE** | 3053628118 |
| **FAX** | 3054367429 |
| **EMAIL** | alcoba@miamipatents.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **ATTORNEY DOCKET NUMBER** | Mighty Men of God |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Ruben Alcoba, Esq. |
| **FIRM NAME** | Alcoba & Associates, P.A. |
| **STREET** | 3399 NW 72nd Avenue, Suite 211 |
| **CITY** | Miami |
| **STATE** | Florida |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 33122 |
| **PHONE** | 3053628118 |
| **FAX** | 3054367429 |
| **EMAIL** | alcoba@miamipatents.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Dr Paul David Freed/ |
| **SIGNATORY NAME** | Dr Paul David Freed |
| **SIGNATORY DATE** | 01/07/2010 |
| **SIGNATORY POSITION** | President |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Jan 07 15:53:54 EST 2010 |
| **TEAS STAMP** | USPTO/RAA-97.66.204.49-20 100107155354954115-773265 26-4602e2290302d6ca9fc655 72936a49-N/A-N/A-20100107 155106850279 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** MIGHTY MEN OF GOD
**SERIAL NUMBER:** 77326526
**REGISTRATION NUMBER:** 3526689
**ATTORNEY DOCKET NUMBER** Mighty Men of God

**The original attorney**
Craig Kirsch, Esq.
Alcoba & Associates, P.A.
Suite 211
3399 NW 72 Avenue
Miami Florida 33122
United States
305-362-8118
305-436-7429
craig@miamipatents.com

**Original Correspondence Address :**
Craig Kirsch, Esq.
Alcoba & Associates, P.A.
Suite 211
3399 NW 72 Avenue
Miami Florida 33122
United States
305-362-8118
305-436-7429
craig@miamipatents.com

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney.

**Newly Appointed Attorney:**
Ruben Alcoba, Esq.
Alcoba & Associates, P.A.
3399 NW 72nd Avenue, Suite 211
Miami, Florida 33122
United States
3053628118
3054367429
alcoba@miamipatents.com
Mighty Men of God

**The following is to be used as the correspondence address:**
Ruben Alcoba, Esq.
Alcoba & Associates, P.A.
3399 NW 72nd Avenue, Suite 211
Miami, Florida 33122
United States

3053628118
3054367429
alcoba@miamipatents.com

Signature: /Dr Paul David Freed/     Date: 01/07/2010
Signatory's Name: Dr Paul David Freed
Signatory's Position: President

Serial Number: 77326526
Internet Transmission Date: Thu Jan 07 15:53:54 EST 2010
TEAS Stamp: USPTO/RAA-97.66.204.49-20100107155354954
115-77326526-4602e2290302d6ca9fc65572936
a49-N/A-N/A-20100107155106850279

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,526,689

Registered Nov. 4, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

# Mighty Men of God

MIGHTY MEN OF GOD, INC. (FLORIDA COR-
PORATION)
PO BOX 70
ORLANDO, FL 32802

FOR: EDUCATIONAL SERVICES, NAMELY,
CONDUCTING CONFERENCES IN THE FIELD OF
MEN'S MINISTRY, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 2-17-2003; IN COMMERCE 2-17-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,899,732.

SER. NO. 77-326,526, FILED 11-10-2007.

DANNEAN HETZEL, EXAMINING ATTORNEY

## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

Jul 30, 2008

# NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   77/326,526

2. Mark:
   MIGHTY MEN OF GOD
   Standard Character Mark

3. International Class(es):
   41

4. Publication Date:
   Aug 19, 2008

5. Applicant:
   Mighty Men of God, Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

Correspondence Address:

Craig Kirsch, Esq.
Alcoba & Associates, P.A.
Suite 211
3399 NW 72 Avenue

TMP&I

Miami FL 33122

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77326526 | FILING DATE | 11/10/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | HETZEL, DANNEAN | L.O. ASSIGNED | 106 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/12/2008 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 07/11/2008 |
| LITERAL MARK ELEMENT | MIGHTY MEN OF GOD |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MIGHTY MEN OF GOD |

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Mighty Men of God, Inc. |
| ADDRESS | PO Box 70<br>Orlando, FL 32802 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | Educational services, namely, conducting conferences in the field of Men's Ministry |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 02/17/2003 | FIRST USE IN COMMERCE DATE | 02/17/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| OWNER OF US REG NOS | 2899732 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/11/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 013 |
| 07/11/2008 | ALIE | A | ASSIGNED TO LIE | 012 |
| 07/11/2008 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 07/08/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 07/08/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 07/08/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/03/2008 | ARAA | I | ATTORNEY REVOKED AND/OR APPOINTED | 007 |
| 07/03/2008 | REAP | I | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | 006 |
| 02/26/2008 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 005 |

| 02/26/2008 | GNRT | F | NON-FINAL ACTION E-MAILED | 004 |
| 02/26/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |
| 02/25/2008 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 11/15/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Craig Kirsch, Esq. |
| CORRESPONDENCE ADDRESS | Craig Kirsch, Esq.<br>Alcoba & Associates, P.A.<br>Suite 211<br>3399 NW 72 Avenue<br>Miami FL 33122 |
| DOMESTIC REPRESENTATIVE | NONE |

# Mighty Men of God

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77326526 | FILING DATE | 11/10/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | HETZEL, DANNEAN | L.O. ASSIGNED | 106 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/12/2008 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 07/11/2008 |
| LITERAL MARK ELEMENT | MIGHTY MEN OF GOD |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MIGHTY MEN OF GOD |

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Mighty Men of God, Inc. |
| ADDRESS | PO Box 70<br>Orlando, FL 32802 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | Educational services, namely, conducting conferences in the field of Men's Ministry |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 02/17/2003 | FIRST USE IN COMMERCE DATE | 02/17/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| OWNER OF US REG NOS | 2899732 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/11/2008 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 013 |
| 07/11/2008 | ALIE | A | ASSIGNED TO LIE | 012 |
| 07/11/2008 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 07/08/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 07/08/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 07/08/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/03/2008 | ARAA | I | ATTORNEY REVOKED AND/OR APPOINTED | 007 |
| 07/03/2008 | REAP | I | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | 006 |
| 02/26/2008 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 005 |

| 02/26/2008 | GNRT | F | NON-FINAL ACTION E-MAILED | 004 |
| 02/26/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |
| 02/25/2008 | DOCK | D | ASSIGNED TO EXAMINER | 002 |
| 11/15/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Craig Kirsch, Esq. |
| CORRESPONDENCE ADDRESS | Craig Kirsch, Esq.<br>Alcoba & Associates, P.A.<br>Suite 211<br>3399 NW 72 Avenue<br>Miami FL 33122 |
| DOMESTIC REPRESENTATIVE | NONE |

# Mighty Men of God

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77326526 | FILING DATE | 11/10/2007 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | SUPPLEMENTAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | HETZEL, DANNEAN | L.O. ASSIGNED | 106 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/09/2008 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 07/08/2008 |
| LITERAL MARK ELEMENT | MIGHTY MEN OF GOD |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | MIGHTY MEN OF GOD |

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Mighty Men of God, Inc. |
| ADDRESS | PO Box 70<br>Orlando, FL 32802 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Florida |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 041 |
|---|---|
| DESCRIPTION TEXT | Educational services, namely, conducting conferences in the field of Men's Ministry |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 041 | FIRST USE DATE | 02/17/2003 | FIRST USE IN COMMERCE DATE | 02/17/2003 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| CONCURRENT USE STATEMENT | Applicant seeks registration on the Principal Register. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/08/2008 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 07/08/2008 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 07/08/2008 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 07/03/2008 | ARAA | I | ATTORNEY REVOKED AND/OR APPOINTED | 007 |
| 07/03/2008 | REAP | I | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | 006 |
| 02/26/2008 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 005 |
| 02/26/2008 | GNRT | F | NON-FINAL ACTION E-MAILED | 004 |
| 02/26/2008 | CNRT | R | NON-FINAL ACTION WRITTEN | 003 |
| 02/25/2008 | DOCK | D | ASSIGNED TO EXAMINER | 002 |

| 11/15/2007 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Craig Kirsch, Esq. |
|---|---|
| CORRESPONDENCE ADDRESS | Craig Kirsch, Esq.<br>Alcoba & Associates, P.A.<br>Suite 211<br>3399 NW 72 Avenue<br>Miami FL 33122 |
| DOMESTIC REPRESENTATIVE | NONE |

# Mighty Men of God

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77326526 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 106 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Educational services, namely, conducting conferences in the field of Men's Ministry | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/17/2003 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/17/2003 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 041 |
| **DESCRIPTION** | |
| Educational services, namely, conducting conferences in the field of Men's Ministry | |
| **FILING BASIS** | Section 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/17/2003 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/17/2003 |
| **STATEMENT TYPE** | "The substitute specimen(s) was in use in commerce as of the filing date of the application." |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT2\IMAGEOUT2 \773\265\77326526\xml2\RO A0004.JPG |
| **ORIGINAL PDF FILE** | SPU0-976620449-131057625_._specimen1_for_USPTO.pdf |

| | |
|---|---|
| **CONVERTED PDF FILE(S)** (2 pages) | \\TICRS\EXPORT2\IMAGEOUT2\773\265\77326526\xml2\ROA0002.JPG |
| | \\TICRS\EXPORT2\IMAGEOUT2\773\265\77326526\xml2\ROA0003.JPG |
| **SPECIMEN DESCRIPTION** | Addmission tickets to a ministry conference with applicant's mark appearing thereon and a brochure of applicant's services with applicant's mark appearing thereon |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| **CONCURRENT USE** | Applicant seeks registration on the Principal Register. |
| **MISCELLANEOUS STATEMENT** | Applicant is the owner of U.S. Registration No. 2899732 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Glenn Barkley/ |
| **SIGNATORY'S NAME** | Glenn Barkley |
| **SIGNATORY'S POSITION** | Administrator |
| **DATE SIGNED** | 07/08/2008 |
| **RESPONSE SIGNATURE** | /Craig Kirsch, Esq./ |
| **SIGNATORY'S NAME** | Craig Kirsch, Esq. |
| **SIGNATORY'S POSITION** | Attorney of record |
| **DATE SIGNED** | 07/08/2008 |
| **AUTHORIZED SIGNATORY** | YES |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Tue Jul 08 13:33:59 EDT 2008 |
| **TEAS STAMP** | USPTO/ROA-97.66.204.49-20 080708133359767114-773265 26-42036e456362203e13a72d 81bb95daa5b-N/A-N/A-20080 708131057625356 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/2009)

**Response to Office Action**

## To the Commissioner for Trademarks:

Application serial no. **77326526** has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**
**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 041 for Educational services, namely, conducting conferences in the field of Men's Ministry
Original Filing Basis:
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 02/17/2003 and first used in commerce at least as early as 02/17/2003, and is now in use in such commerce.

**Proposed:** Class 041 for Educational services, namely, conducting conferences in the field of Men's Ministry
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 02/17/2003 and first used in commerce at least as early as 02/17/2003, and is now in use in such commerce.
Applicant hereby submits a new specimen for Class 041. The specimen(s) submitted consists of Addmission tickets to a ministry conference with applicant's mark appearing thereon and a brochure of applicant's services with applicant's mark appearing thereon.
For an application based on 1(a), Use in Commerce, "The substitute specimen(s) was in use in commerce as of the filing date of the application."
**JPG file(s):**
Specimen File1
**Original PDF file:**
SPU0-976620449-131057625_._specimen1_for_USPTO.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

**ADDITIONAL STATEMENTS**
**Concurrent use**
Applicant seeks registration on the Principal Register.

Applicant is the owner of U.S. Registration No. 2899732

**SIGNATURE(S)**
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii). If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date. 37 C.F.R.

Secs. 2.34(a)(1)(i). The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant ED to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Glenn Barkley/     Date: 07/08/2008
Signatory's Name: Glenn Barkley
Signatory's Position: Administrator

**Response Signature**
Signature: /Craig Kirsch, Esq./     Date: 07/08/2008
Signatory's Name: Craig Kirsch, Esq.
Signatory's Position: Attorney of record

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77326526
Internet Transmission Date: Tue Jul 08 13:33:59 EDT 2008
TEAS Stamp: USPTO/ROA-97.66.204.49-20080708133359767
114-77326526-42036e456362203e13a72d81bb9
5daa5b-N/A-N/A-20080708131057625356

"Mighty men of valor, men trained for war, who could handle shield and spear, and whose faces were like the faces of lions, and they were as swift as the gazelles on the mountains."

1 Chronicles 12:8



## DR. PAUL FREED
### FOUNDER & PRESIDENT

Eighty years ago Dr. Freed's grandfather pastored a church in Jerusalem through the era of the establishment of the State of Israel, while his father founded the world's largest ministry radio network, Trans World Radio. Dr. Freed carries a passion and zeal to see men everywhere rise up to their full potential as faithful friends, husbands, fathers and sons.

Paul did his undergraduate studies at Wheaton College and Philadelphia Biblical University, while doing his graduate work at Dallas Theological Seminary, Homestead College of Bible and Oxford Graduate School. He has traveled, lived and ministered in over fifty nations. Millions have enjoyed his daily missionary broadcast "Hope for Tomorrow." His background includes having been Vice President of Promise Keepers and President of Marriage Makers.

Paul and his wife of thirty years, Sandy, have three grown children and one grandson. Their oldest daughter and husband are teachers in Seoul, Korea, completing four generations of international teachers and missionaries.



MIGHTY MEN OF GOD℠

MEN'S MINISTRY INTERNATIONAL

# MIGHTY MEN OF GOD.

Be impacted . . . by a weekend that will challenge and envision you to fulfill your God-given role as a man.

Fellowship . . . with other men that are serious about manhood.

### Mighty Men are:

 MESSENGERS OF THE GOSPEL OF JESUS CHRIST

 A BLESSING FOR WIVES, PROTECTION FOR CHILDREN AND HONOR FOR PARENTS

 SUPPORTERS OF THE CHURCH AND STRENGTH FOR PASTORS

 DILIGENT IN THE WORKPLACE AND CARING FOR OTHERS

CONCERNED FOR THE COMMUNITY AND PEACEMAKERS FOR HIS WORLD

### Provided to Attendees:

24-page men's manual   Certificate   Name tag   Writing pen

**MIGHTY MEN OF GOD • MEN'S MINISTRY INTERNATIONAL**
Box 70, Orlando, FL 32802 • (407) 909-0707 • www.MightyMen.**org**

## Mighty Men of God
## Stafford, VA
## March 26-27, 2004

**Friday 7 - 9$^{30}$ pm**
**Saturday 8$^{30}$ am - Noon**

**Mount Ararat Baptist Church**
**65 Toluca Rd**
**(540) 659-2554**

**$30 per man**
**($20 for son age 17 and under with paying Dad)**

Call MIGHTY MEN at **(407) 909-0707** for more information and to register by credit card.

   

DRESS IS CASUAL

| Name | |
|---|---|
| Address | |
| | |
| Phone | |
| E-mail | |

# MIGHTY MEN OF GOD℠
## Inaugural Conference
## Atlanta – April 2003

### Friday 4/25 7–9 PM & Saturday 4/26 9 AM – Noon

### Holiday Inn Atlanta / Roswell
#### 1075 Holcomb Bridge Rd. at S.R. 400

064

30 Dollars

"Mighty men of valor, men trained for war, who could handle shield and spear, and whose faces were like the faces of lions, and they were as swift as the gazelles on the mountains."

1 Chronicles 12:8



## DR. PAUL FREED
### FOUNDER & PRESIDENT

Eighty years ago Dr. Freed's grandfather pastored a church in Jerusalem through the era of the establishment of the State of Israel, while his father founded the world's largest ministry radio network, Trans World Radio. Dr. Freed carries a passion and zeal to see men everywhere rise up to their full potential as faithful friends, husbands, fathers and sons.

Paul did his undergraduate studies at Wheaton College and Philadelphia Biblical University, while doing his graduate work at Dallas Theological Seminary, Homestead College of Bible and Oxford Graduate School. He has traveled, lived and ministered in over fifty nations. Millions have enjoyed his daily missionary broadcast "Hope for Tomorrow." His background includes having been Vice President of Promise Keepers and President of Marriage Makers.

Paul and his wife of thirty years, Sandy, have three grown children and one grandson. Their oldest daughter and husband are teachers in Seoul, Korea, completing four generations of international teachers and missionaries.



MIGHTY MEN OF GOD℠

MEN'S MINISTRY INTERNATIONAL

# MIGHTY MEN OF GOD℠

Be impacted . . . by a weekend that will challenge and envision you
to fulfill your God-given role as a man.
Fellowship . . . with other men that are serious about manhood.

## Mighty Men are:

 MESSENGERS OF THE GOSPEL OF JESUS CHRIST

A BLESSING FOR WIVES, PROTECTION FOR CHILDREN AND HONOR FOR PARENTS

SUPPORTERS OF THE CHURCH AND STRENGTH FOR PASTORS

DILIGENT IN THE WORKPLACE AND CARING FOR OTHERS

CONCERNED FOR THE COMMUNITY AND PEACEMAKERS FOR HIS WORLD

## Provided to Attendees:

◌ 24-page men's manual ◌ Certificate ◌ Name tag ◌ Writing pen

**MIGHTY MEN OF GOD • MEN'S MINISTRY INTERNATIONAL**
Box 70, Orlando, FL 32802 • (407) 909-0707 • www.MightyMen.org

---

## Mighty Men of God
### Stafford, VA
### March 26-27, 2004

**Friday 7 - 9³⁰ pm**
**Saturday 8³⁰ am - Noon**

**Mount Ararat Baptist Church**
**65 Toluca Rd**
**(540) 659-2554**

**$30 per man**
**($20 for son age 17 and under**
**with paying Dad)**

Call **MIGHTY MEN** at **(407) 909-0707** for more information and to register by credit card.

  

**DRESS IS CASUAL**

| | |
|---|---|
| Name | _____ |
| Address | _____ |
| | _____ |
| Phone | _____ |
| E-mail | _____ |

# MIGHTY MEN OF GOD℠
## Inaugural Conference
## Atlanta – April 2003

Friday 4/25 7–9 PM & Saturday 4/26 9 AM – Noon

### Holiday Inn Atlanta / Roswell
1075 Holcomb Bridge Rd. at S.R. 400

064

30 Dollars

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77326526 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 106 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN OF GOD |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | MIGHTY MEN OF GOD, INC.<br>MIGHTY MEN OF GOD, INC.<br>PO BOX 70<br>ORLANDO, FL 32802-0070<br>407-909-0808<br>407-909-0707<br>barkley@mightymen.org |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | MIGHTY MEN OF GOD, INC.<br>MIGHTY MEN OF GOD, INC.<br>PO BOX 70<br>ORLANDO, FL 32802-0070<br>407-909-0808<br>407-909-0707<br>barkley@mightymen.org |
| **NEW OTHER APPOINTED ATTORNEYS** | Ruben Alcoba, Esq. |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| **NAME** | Craig Kirsch, Esq. |
| **FIRM NAME** | Alcoba & Associates, P.A. |
| **INTERNAL ADDRESS** | |

| INTERNAL ADDRESS | Suite 211 |
|---|---|
| STREET | 3399 NW 72 Avenue |
| CITY | Miami |
| STATE | Florida |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 33122 |
| PHONE | 305-362-8118 |
| FAX | 305-436-7429 |
| EMAIL | craig@miamipatents.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |

## NEW CORRESPONDENCE ADDRESS

| NAME | Craig Kirsch, Esq. |
|---|---|
| FIRM NAME | Alcoba & Associates, P.A. |
| INTERNAL ADDRESS | Suite 211 |
| STREET | 3399 NW 72 Avenue |
| CITY | Miami |
| STATE | Florida |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 33122 |
| PHONE | 305-362-8118 |
| FAX | 305-436-7429 |
| EMAIL | craig@miamipatents.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |

## SIGNATURE SECTION

| SIGNATURE | /Glenn Barkley/ |
|---|---|
| SIGNATORY NAME | Glenn Barkley |
| SIGNATORY DATE | 07/03/2008 |
| SIGNATORY POSITION | Adminstrator |

## FILING INFORMATION SECTION

| SUBMIT DATE | Thu Jul 03 13:24:17 EDT 2008 |
|---|---|

| | |
|---|---|
| **TEAS STAMP** | USPTO/RAA-97.66.204.49-20 0807031324176032 11-773265 26-400eb36dcd41deaa2486b3 b1d1fd590c3-N/A-N/A-20080 703132009987483 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** MIGHTY MEN OF GOD
**SERIAL NUMBER:** 77326526

**The original attorney**
MIGHTY MEN OF GOD, INC.
MIGHTY MEN OF GOD, INC.
PO BOX 70
ORLANDO, FL 32802-0070
407-909-0808
407-909-0707
barkley@mightymen.org

**Original Correspondence Address :**
MIGHTY MEN OF GOD, INC.
MIGHTY MEN OF GOD, INC.
PO BOX 70
ORLANDO, FL 32802-0070
407-909-0808
407-909-0707
barkley@mightymen.org

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Craig Kirsch, Esq.
Alcoba & Associates, P.A.
Suite 211
3399 NW 72 Avenue
Miami, Florida 33122
United States
305-362-8118
305-436-7429

**Other Appointed Attorneys:**

Ruben Alcoba, Esq.

**The following is to be used as the correspondence address:**
Craig Kirsch, Esq.
Alcoba & Associates, P.A.
Suite 211
3399 NW 72 Avenue
Miami, Florida 33122
United States

305-362-8118
305-436-7429
craig@miamipatents.com


Signature: /Glenn Barkley/     Date: 07/03/2008
Signatory's Name: Glenn Barkley
Signatory's Position: Adminstrator

Serial Number: 77326526
Internet Transmission Date: Thu Jul 03 13:24:17 EDT 2008
TEAS Stamp: USPTO/RAA-97.66.204.49-20080703132417603
211-77326526-400eb36dcd41deaa2486b3b1d1f
d590c3-N/A-N/A-20080703132009987483

| | |
|---|---|
| **To:** | Mighty Men of God, Inc. (barkley@mightymen.org) |
| **Subject:** | TRADEMARK APPLICATION NO. 77326526 - MIGHTY MEN OF GOD - N/A |
| **Sent:** | 2/26/2008 1:13:29 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:      77/326526

**MARK**: MIGHTY MEN OF GOD

**CORRESPONDENT ADDRESS**:
  MIGHTY MEN OF GOD, INC.
  MIGHTY MEN OF GOD, INC.
  PO BOX 70
  ORLANDO, FL 32802-0070

# *77326526*

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:      Mighty Men of God, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:
    N/A
  **CORRESPONDENT E-MAIL ADDRESS**:
    barkley@mightymen.org

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**: 2/26/2008

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

## Search Results

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

## Specimen Unacceptable

A service mark specimen must show use of the mark "in the sale or advertising of services."   Trademark Act Section 45, 15 U.S.C. §1127; 37 C.F.R. §2.56.  Therefore, a specimen is unacceptable if it does not show use of the service mark in relation to the identified services.  There must be a direct association between the mark sought to be registered and the services specified in the application, with sufficient reference to the services in the specimen to create this association.  Indeed, "[w]hile the nature of the services does not need to be specified in the specimens, there must be something which creates in the mind of the purchaser an association between the mark and the service activity."  *In re Adair*, 45 USPQ2d 1211, 1215 (TTAB 1997) (quoting *In re Johnson Controls Inc.*, 33 USPQ2d 1318, 1320 (TTAB 1994)).  There must be sufficient reference to the services in the specimen to create this association.  *In re Monograms Am., Inc.*, 51 USPQ2d 1317, 1318 (TTAB 1999); TMEP §§1301.04 *et seq*.

The current specimen of record comprises a business card and flyer and is unacceptable as evidence of actual service mark use because it fails to identify applicant's services, namely providing educational conferences in the field of men's ministry.   Examples of acceptable specimens for services are signs, photographs, brochures, website printouts or advertisements that show the mark used in the sale or advertising of the services.  TMEP §§1301.04 *et seq*.

Therefore, applicant must submit the following:

> (1)  A substitute specimen showing the mark in use in commerce for the services specified in the application; and

> (2)  The following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20:  " **The substitute specimen was in use in commerce at least as early as the filing date of the application**."   37 C.F.R. §2.59(a); TMEP §904.05.  If submitting a specimen requires an amendment to the dates of use, applicant must also verify the amended dates.  37 C.F.R. §2.71(c).

The following is a sample declaration under 37 C.F.R. §2.20 with a supporting statement for a substitute specimen:

> The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting there from, declares *that the substitute specimen was in use in commerce at least as early as the filing date of the application;* all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

> _____
> (Signature)

> _____
> (Print or Type Name and Position)

> _____
> (Date)

Examples of specimens for services are signs, photographs, brochures, website printouts or advertisements

that show the mark used in the sale or advertising of the services.  TMEP §§1301.04 *et seq*.

If applicant cannot satisfy the above requirements, applicant may amend the Section 1(a) filing basis (use in commerce) to Section 1(b) (intent to use basis), for which no specimen is required.  However, should applicant amend the basis to Section 1(b), registration cannot be granted until applicant later amends the application back to use in commerce by filing an acceptable allegation of use with a proper specimen.  15 U.S.C. §1051(c); 37 C.F.R. §§2.76, 2.88; TMEP Chapter 1100.

In order to amend to Section 1(b), applicant must submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20:  " **Applicant has had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the filing date of the application.**"  15 U.S.C. §1051(b); 37 C.F.R. §§2.34(a)(2) and 2.35(b)(1); TMEP §806.01(b).

Pending a proper response, registration is refused because the specimen does not show the applied-for mark in use in commerce for the services specified in the application.  15 U.S.C. §§1051-1053 and 1127; 37 C.F.R. §§2.34(a)(1)(iv) and 2.56.  Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

## Supplemental Register

 Applicant has applied for registration of its mark on the Supplemental Register.  However, applicant's mark is eligible for registration on the Principal Register.  A mark that is clearly eligible for the Principal Register may not be registered on the Supplemental Register.  *Daggett & Ramsdell, Inc. v. I. Posner, Inc.*, 115 USPQ 96 (Comm'r Pats. 1957); TMEP  §815.01.  Applicant must amend the application to the Principal Register.

Pending a proper response, registration on the Supplemental Register is refused because the mark is eligible for registration on the Principal Register.  15 U.S.C. §1091(a).

## Prior Registration

If applicant is the owner of U.S. Registration No. 2899732, then applicant must submit a claim of ownership.  37 C.F.R. §2.36; TMEP §812.  The following standard format is suggested:

    Applicant is the owner of U.S. Registration No. 2899732.

## Response Guidelines

There is no required format or form for responding to this Office action.  The Office recommends applicants use the Trademark Electronic Application System (TEAS) to respond to Office actions online at http://www.uspto.gov/teas/index.html.  However, if applicant responds on paper via regular mail, the response should include the following information:  (1) the name and law office number of the examining attorney; (2) the serial number of this application; (3) the mailing date of this Office action; and (4) applicant's telephone number.

The response should address each refusal and/or requirement raised in the Office action.  If a refusal has issued, applicant may wish to argue against the refusal, i.e., submit arguments and/or evidence as to why

the refusal should be withdrawn and why the mark should register.  To respond to requirements, applicant should simply set forth in writing the required changes or statements and request that the Office enter them into the application record.

The response *must* be signed by applicant or someone with legal authority to bind applicant (i.e., a corporate officer of a corporate applicant, the equivalent of an officer for unincorporated organizations or limited liability company applicants, a general partner of a partnership applicant, each applicant for applications with multiple individual applicants, etc.).  TMEP §§712 *et seq*.

"TMEP" refers to the Trademark Manual of Examining Procedure (5th ed., 2007), available on the United States Patent and Trademark Office website at www.uspto.gov/main/trademarks.htm.  The TMEP is a detailed guidebook written by the Office to explain the laws and procedures that govern the trademark and service mark application, registration and post registration processes.  The following legal authorities govern the processing of trademark and service mark applications by the Office:  The Trademark Act, 15 U.S.C. §§1051 *et seq.*; the Trademark Rules of Practice, 37 C.F.R. Part 2; and the Office's *Trademark Manual of Examining Procedure* (TMEP) (5th ed., 2007), available on the United States Patent and Trademark Office web site at http://www.uspto.gov/main/trademarks.htm.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/Dannean J Hetzel/
Trademark Examining Attorney
Law Office 106
Phone  571-272-8858
Fax      571-273-9106

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office action should be filed using the form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

| To: | Mighty Men of God, Inc. (barkley@mightymen.org) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77326526 - MIGHTY MEN OF GOD - N/A |
| Sent: | 2/26/2008 1:13:32 PM |
| Sent As: | ECOM106@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 2/26/2008 FOR APPLICATION SERIAL NO. 77326526

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link **http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77326526&doc_type=OOA&** (or copy and paste this URL into the address field of your browser), or visit **http://tmportal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from **2/26/2008**.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

*** User:dhetzel ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 20659 | N/A | 0 | 0 | 0:05 | *m{"iy"}$2t{"iye"}*[bi,ti] |
| 02 | 9970 | N/A | 0 | 0 | 0:02 | *g{v}d*[bi,ti] |
| 03 | 139566 | N/A | 0 | 0 | 0:02 | *m{"ea"}n*[bi,ti] |
| 04 | 19 | 14 | 5 | 5 | 0:01 | 1 and 2 and 3 |
| 05 | 1037 | N/A | 0 | 0 | 0:01 | 1 and (2 or 3) |
| 06 | 67 | 38 | 29 | 26 | 0:01 | 1 and 2 |
| 07 | 989 | N/A | 0 | 0 | 0:01 | 1 and 3 |
| 08 | 527 | N/A | 0 | 0 | 0:02 | 7 and "041"[cc] |
| 09 | 233 | 0 | 197 | 151 | 0:01 | 8 not dead |
| 10 | 1215 | N/A | 0 | 0 | 0:02 | 2 and 3 |
| 11 | 140 | N/A | 0 | 0 | 0:01 | 10 and ("041" or a or b or 200)[ic] |
| 12 | 61 | 0 | 55 | 42 | 0:01 | 11 not dead |

Session started 2/26/2008 12:59:37 PM

Session finished 2/26/2008 1:13:20 PM

Total search duration 0 minutes 20 seconds

Session duration 13 minutes 43 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77326526

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Servicemark Form, Supplemental Register

**Serial Number: 77326526**
**Filing Date: 11/10/2007**

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77326526 |
| **MARK INFORMATION** | |
| ***MARK** | Mighty Men of God |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Mighty Men of God |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Supplemental |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Mighty Men of God, Inc. |
| ***STREET** | PO Box 70 |
| ***CITY** | Orlando |
| ***STATE** (Required for U.S. applicants) | Florida |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 32802 |
| **PHONE** | 407-909-0707 |
| **FAX** | 407-909-0808 |
| **EMAIL ADDRESS** | barkley@mightymen.org |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| | |

| TYPE | corporation |
|---|---|
| STATE/COUNTRY OF INCORPORATION | Florida |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 041 |
|---|---|
| *IDENTIFICATION | Educational services, namely, conducting conferences in the field of Men's Ministry |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/17/2003 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/17/2003 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | spec-2411019967-115840841__._ConfCD5.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS2\EXPORT14\773\265\77326526\xml1\APP0003.JPG |
| ORIGINAL PDF FILE | spec-2411019967-115840841__._Poster5.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS2\EXPORT14\773\265\77326526\xml1\APP0004.JPG |
| SPECIMEN DESCRIPTION | The specimens are 1) Labeling for audio CD recordings of the conference and 2) Poster describing the conference |

## CORRESPONDENCE INFORMATION

| NAME | Mighty Men of God, Inc. |
|---|---|
| FIRM NAME | Mighty Men of God, Inc. |
| STREET | PO Box 70 |
| CITY | Orlando |
| STATE | Florida |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 32802 |
| PHONE | 407-909-0707 |
| FAX | 407-909-0808 |
| EMAIL ADDRESS | barkley@mightymen.org |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 325 |
| **\*TOTAL FEE PAID** | 325 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Dr Paul David Freed/ |
| **SIGNATORY'S NAME** | Dr Paul David Freed |
| **SIGNATORY'S POSITION** | president |
| **DATE SIGNED** | 11/10/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Servicemark Form, Supplemental Register

**Serial Number: 77326526**
**Filing Date: 11/10/2007**

## To the Commissioner for Trademarks:

**MARK:** Mighty Men of God (Standard Characters, see mark)
The literal element of the mark consists of Mighty Men of God.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Mighty Men of God, Inc., a corporation of Florida, having an address of
   PO Box 70
   Orlando, Florida 32802
   United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Supplemental Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 041:  Educational services, namely, conducting conferences in the field of Men's Ministry

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 041, the mark was first used at least as early as 02/17/2003, and first used in commerce at least as early as 02/17/2003, and is now in use in such commerce.The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) The specimens are 1) Labeling for audio CD recordings of the conference and 2) Poster describing the conference .

**Original PDF file:**
spec-2411019967-115840841_._ConfCD5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
spec-2411019967-115840841_._Poster5.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

 Correspondence Information: Mighty Men of God, Inc.
PO Box 70

Orlando, Florida 32802
407-909-0707(phone)
407-909-0808(fax)
barkley@mightymen.org (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

Check here to authorize the USPTO to communicate with the applicant or its representative via e-mail.The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Dr Paul David Freed/   Date Signed: 11/10/2007
Signatory's Name: Dr Paul David Freed
Signatory's Position: president

RAM Sale Number: 4048
RAM Accounting Date: 11/13/2007

Serial Number: 77326526
Internet Transmission Date: Sat Nov 10 13:13:32 EST 2007
TEAS Stamp: USPTO/SUP-24.110.199.67-2007111013133274
9997-77326526-4007e5bb919b63faeaf51ffa6c
132d0b9-CC-4048-20071110115840841990

# Mighty Men of God



# MIGHTY MEN OF GOD

**#1**

**MEN OF MIGHT**

Cave of Adullam
Sword of Goliath
Battlefields
Like a Lion

WITH

## DR. PAUL FREED

MIGHTY MEN OF GOD
Box 70 • Orlando, FL • 32802
© 1997-2003



# MIGHTY MEN OF GOD

**#2**

**MEN OF WISDOM**

Twelve Tribes
Fathers' Households
Real Friendship
Eleazar in Barley Field

WITH

## DR. PAUL FREED

MIGHTY MEN
Box 70 • Orlando, FL • 32802
© 1997-2003



# MIGHTY MEN OF GOD

## WITH

# DR. PAUL FREED

A time of **life-impacting** ministry

TV, Conference & radio speaker

**Paul Freed** will **touch and energize**

**your life** *with the life of David*

*and his Mighty Men ...*

## MIGHTY MEN OF GOD

Box 70 ● Orlando, FL 32802 ● 1-86-MIGHTY-MEN (1-866-444-8963)

# Mighty Men of God







# MIGHTY MEN OF GOD

## WITH

# DR. PAUL FREED

A time of **life-impacting** ministry
TV, Conference & radio speaker
**Paul Freed** will **touch and energize**
**your life** *with the life of David*
*and his Mighty Men ...*

**MIGHTY MEN OF GOD**
Box 70 ● Orlando, FL 32802 ● 1-86-MIGHTY-MEN (1-866-444-8963)

# EXHIBIT 78287311

**Generated on:** This page was generated by TSDR on 2013-12-31 12:36:09 EST

**Mark:** MIGHTY MEN

| | |
|---|---|
| **US Serial Number:** 78287311 | **Application Filing Date:** Aug. 14, 2003 |
| **US Registration Number:** 2899732 | **Registration Date:** Nov. 02, 2004 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |
| **Status:** The registration has been renewed. | |
| **Status Date:** Dec. 19, 2013 | |
| **Publication Date:** Aug. 10, 2004 | |

# Mark Information

**Mark Literal Elements:** MIGHTY MEN

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** educational services, namely, conducting conferences in the field of men's ministry

| | |
|---|---|
| **International Class(es):** 041 - Primary Class | **U.S Class(es):** 100, 101, 107 |
| **Class Status:** ACTIVE | |
| **Basis:** 1(a) | |
| **First Use:** Oct. 30, 2002 | **Use in Commerce:** Nov. 12, 2002 |

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** Mighty Men of God, Inc

**Owner Address:** PO Box 70
Orlando, FLORIDA 32802
UNITED STATES

| | |
|---|---|
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** FLORIDA |

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent** Mighty Men of God, Inc

| | |
|---|---|
| **Name/Address:** | PO BOX 70<br>ORLANDO, FLORIDA 32802<br>UNITED STATES |

| | | | |
|---|---|---|---|
| **Phone:** | 407-654-4300 | **Fax:** | 866-686-8272 |
| **Correspondent e-mail:** | barkley@mightymen.org | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 19, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Dec. 19, 2013 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 75461 |
| Dec. 19, 2013 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 75461 |
| Dec. 10, 2013 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 75461 |
| Dec. 19, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 75461 |
| Dec. 10, 2013 | TEAS SECTION 8 & 9 RECEIVED | |
| Dec. 10, 2013 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 04, 2010 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 68973 |
| Dec. 04, 2010 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 68973 |
| Nov. 16, 2010 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 02, 2004 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 10, 2004 | PUBLISHED FOR OPPOSITION | |
| Jul. 21, 2004 | NOTICE OF PUBLICATION | |
| Jun. 22, 2004 | EMAIL RECEIVED | |
| May 28, 2004 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 11, 2004 | PAPER RECEIVED | |
| Jan. 14, 2004 | NON-FINAL ACTION E-MAILED | |
| Jan. 10, 2004 | ASSIGNED TO EXAMINER | 73360 |

## Maintenance Filings or Post Registration Information

| | |
|---|---|
| **Affidavit of Continued Use:** | Section 8 - Accepted |
| **Affidavit of Incontestability:** | Section 15 - Accepted |
| **Renewal Date:** | Nov. 02, 2014 |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Not Found | **Date in Location:** | Dec. 19, 2013 |

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 19, 2013 11:01 PM |
| **To:** | barkley@mightymen.org |
| **Subject:** | Trademark RN 2899732: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:**  78287311
**Registration Number:**   2899732
**Registration Date:**  Nov 2, 2004
**Mark:**   MIGHTY MEN
**Owner:**   Mighty Men of God, Inc

Dec 19, 2013

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
041

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE**

**REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to  http://tdr.uspto.gov/search.action?sn=78287311.
 NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# Change Of Correspondence Address

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78287311 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NEW ADDRESS** | |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /P Glenn Barkley/ |
| **SIGNATORY NAME** | P. Glenn Barkley |
| **SIGNATORY DATE** | 12/10/2013 |
| **SIGNATORY POSITION** | Treasurer |
| **SIGNATORY PHONE NUMBER** | 407-654-4300 |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Dec 10 15:47:50 EST 2013 |
| **TEAS STAMP** | USPTO/S08N09-209.26.12.2-20131210154750248042-2899732-50060c965ce2678deaa57c2d44f5d6db03da1577cb93ea3e6785f117dd67d068-ET-2170-20131210154441144843 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **REGISTRATION NUMBER** | 2899732 |
| **REGISTRATION DATE** | 11/02/2004 |
| **SERIAL NUMBER** | 78287311 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN |
| **CORRESPONDENCE SECTION (current)** | |
| **FIRM NAME** | MIGHTY MEN OF GOD INC |
| **STREET** | PO BOX 70 |
| **CITY** | ORLANDO |
| **STATE** | Florida |
| **POSTAL CODE** | 32802 |
| **COUNTRY** | United States |
| **PHONE** | 407-909-0707 |
| **FAX** | 407-909-0808 |
| **EMAIL** | info@mightymen.org |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Mighty Men of God, Inc |
| **STREET** | PO BOX 70 |
| | |

| CITY | ORLANDO |
|---|---|
| STATE | Florida |
| POSTAL CODE | 32802 |
| COUNTRY | United States |
| PHONE | 407-654-4300 |
| FAX | 866-686-8272 |
| EMAIL | barkley@mightymen.org |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

**GOODS AND/OR SERVICES SECTION**

| INTERNATIONAL CLASS | 041 |
|---|---|
| GOODS OR SERVICES | educational services, namely, conducting conferences in the field of men's ministry |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN0-72402264-162753003_._Windermere14V-FlyerV10e.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\782\873\78287311\xml2\S890002.JPG |
| SPECIMEN DESCRIPTION | Flyer used to promote Mighty Men conference |

**OWNER SECTION (current)**

| NAME | Mighty Men of God, Inc |
|---|---|
| STREET | PO Box 70 |
| CITY | Orlando |
| STATE | Florida |
| ZIP/POSTAL CODE | 32802 |
| COUNTRY | United States |
| PHONE | 407-909-0707 |
| FAX | 407-909-0808 |
| EMAIL | info@mightymen.org |

**OWNER SECTION (proposed)**

| NAME | Mighty Men of God, Inc |
|---|---|

| STREET | PO Box 70 |
| --- | --- |
| CITY | Orlando |
| STATE | Florida |
| ZIP/POSTAL CODE | 32802 |
| COUNTRY | United States |
| PHONE | 407-654-4300 |
| FAX | 866-686-8272 |
| EMAIL | barkley@mightymen.org |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | Yes |

## LEGAL ENTITY SECTION (current)

| TYPE | corporation |
| --- | --- |
| STATE/COUNTRY OF INCORPORATION | Florida |

## PAYMENT SECTION

| NUMBER OF CLASSES | 1 |
| --- | --- |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 500 |
| TOTAL FEE PAID | 500 |

## SIGNATURE SECTION

| SIGNATURE | /P Glenn Barkley/ |
| --- | --- |
| SIGNATORY'S NAME | P. Glenn Barkley |
| SIGNATORY'S POSITION | Treasurer |
| DATE SIGNED | 12/10/2013 |
| SIGNATORY'S PHONE NUMBER | 407-654-4300 |
| PAYMENT METHOD | ET |

## FILING INFORMATION

| SUBMIT DATE | Tue Dec 10 15:47:50 EST 2013 |
| --- | --- |

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N09-209.26.12.2-20131210154750248042-2899732-50060c965ce2678deaa57c2d44f5d6db03da1577cb93ea3e6785f117dd67d068-ET-2170-20131210154441144843 |

PTO Form 1963 (Rev 5/2006)
OMB No. 0651-0055 (Exp 09/30/2014)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

# To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2899732
**REGISTRATION DATE:** 11/02/2004

**MARK:** MIGHTY MEN

The owner, Mighty Men of God, Inc, a corporation of Florida, having an address of
    PO Box 70
    Orlando, Florida 32802
    United States
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 041, the mark is in use in commerce on or in connection with **all** goods or services listed in the existing registration for this specific class: educational services, namely, conducting conferences in the field of men's ministry ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Flyer used to promote Mighty Men conference.

**Original PDF file:**
SPN0-72402264-162753003_._Windermere14V-FlyerV10e.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
The registrant's current Correspondence Information: of MIGHTY MEN OF GOD INC
    PO BOX 70
    ORLANDO, Florida (FL) 32802
    United States

The registrant's proposed Correspondence Information: Mighty Men of God, Inc
    PO BOX 70
    ORLANDO, Florida (FL) 32802
    United States

The phone number is 407-654-4300.

The fax number is 866-686-8272.

The email address is barkley@mightymen.org.

A fee payment in the amount of $500 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

**Declaration**

**Section 8: Declaration of Use in Commerce**
*Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.*

**Section 9: Application for Renewal**
*The registrant requests that the registration be renewed for the goods and/or services identified above.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /P Glenn Barkley/     Date: 12/10/2013
Signatory's Name: P. Glenn Barkley
Signatory's Position: Treasurer
Signatory's Phone Number: 407-654-4300

Serial Number: 78287311
Internet Transmission Date: Tue Dec 10 15:47:50 EST 2013
TEAS Stamp: USPTO/S08N09-209.26.12.2-201312101547502
48042-2899732-50060c965ce2678deaa57c2d44
f5d6db03da1577cb93ea3e6785f117dd67d068-E
T-2170-20131210154441144843

# VALOR AND COURAGE℠
## ORLANDO REGIONAL CONFERENCE



**MIGHTY**  **MEN.**

**Manhood Affirmed**
**Comradeship**
**Men encouraged**
**Our time is now!**
**Ages 12-112**

### View an awesome two-minute trailer
(go to www.MightyMen.org)

Come be part of this intense time of building men that desire the Word of God to be **Restored** in our culture, to have **Courage** to prevail against any adversary, **Zeal** in prayer and fruit of the Holy Spirit, and **Sacrifice** for the sake of the Lord's service.

Be immersed in the lives of **King Hezekiah**, **Samson the Judge**, **John the Baptist**, and **Paul the Apostle**. Journey with Dr. Freed to 25 of the 70 nations he has experienced.

### Orlando Regional Conference

Bring your sons, your dad, your friends, your Men's group, your Sunday School class !!

online at
**www.MightyMen.org**
or call **Mighty Men** at
1-86-MIGHTY-MEN
(1-866-444-8963)

Wednesdays
starting Jan 8
First Baptist Windermere

Sessions: Wed. 6:30 pm

**MIGHTY MEN©**
Box 70 ● Orlando FL 32802 ● 1-86MIGHTY-MEN (1-866-444-8963) ● www.MightyMen.org

# VALOR AND COURAGE℠
## ORLANDO REGIONAL CONFERENCE

**MIGHTY**  **MEN.**

**Manhood Affirmed**
**Comradeship**
**Men encouraged**
**Our time is now!**
**Ages 12-112**

### View an awesome two-minute trailer
(go to www.MightyMen.org)

Come be part of this intense time of building men that desire the Word of God to be **Restored** in our culture, to have **Courage** to prevail against any adversary, **Zeal** in prayer and fruit of the Holy Spirit, and **Sacrifice** for the sake of the Lord's service.

Be immersed in the lives of **King Hezekiah**, **Samson the Judge**, **John the Baptist**, and **Paul the Apostle**. Journey with Dr. Freed to 25 of the 70 nations he has experienced.

### Orlando Regional Conference

Bring your sons, your dad, your friends, your Men's group, your Sunday School class !!

online at
**www.MightyMen.org**
or call **Mighty Men** at
1-86-MIGHTY-MEN
(1-866-444-8963)

Wednesdays
starting Jan 8
First Baptist Windermere
January - Downtown Chapel
February - Lakeside Campus

Sessions: Wed. 6:30 pm

**MIGHTY MEN©**
Box 70 ● Orlando FL 32802 ● 1-86MIGHTY-MEN (1-866-444-8963) ● www.MightyMen.org

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 2899732

**Serial Number:** 78287311

**RAM Sale Number: 2899732**

**RAM Accounting Date: 20131211**

**Total Fees:** $500

Note: Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20131210 | $100 | 1 | 1 | $100 |
| Application for Renewal (§9) | 7201 | 20131210 | $400 | 1 | 1 | $400 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:** 20131210



# VALOR AND COURAGE℠
## ORLANDO REGIONAL CONFERENCE



**MIGHTY**
**MEN®**

**Manhood Affirmed**
**Comradeship**
**Men encouraged**
**Our time is now!**
**Ages 12-112**

### View an awesome two-minute trailer
(go to www.MightyMen.org)

Come be part of this intense time of building men that desire the Word of God to be **Restored** in our culture, to have **Courage** to prevail against any adversary, **Zeal** in prayer and fruit of the Holy Spirit, and **Sacrifice** for the sake of the Lord's service.

Be immersed in the lives of **King Hezekiah**, **Samson the Judge**, **John the Baptist,** and **Paul the Apostle**. Journey with Dr. Freed to 25 of the 70 nations he has experienced.

### Orlando Regional Conference

Bring your sons, your dad, your friends, your Men's group, your Sunday School class !!

online at
**www.MightyMen.org**
or call **Mighty Men** at
1-86-MIGHTY-MEN
(1-866-444-8963)

Wednesdays
starting Jan 8
First Baptist Windermere

Sessions: Wed. 6:30 pm

**MIGHTY MEN®**
Box 70 ● Orlando FL 32802 ● 1-86MIGHTY-MEN (1-866-444-8963) ● www.MightyMen.org

# VALOR AND COURAGE℠
## ORLANDO REGIONAL CONFERENCE

**MIGHTY**
**MEN®**

**Manhood Affirmed**
**Comradeship**
**Men encouraged**
**Our time is now!**
**Ages 12-112**

### View an awesome two-minute trailer
(go to www.MightyMen.org)

Come be part of this intense time of building men that desire the Word of God to be **Restored** in our culture, to have **Courage** to prevail against any adversary, **Zeal** in prayer and fruit of the Holy Spirit, and **Sacrifice** for the sake of the Lord's service.

Be immersed in the lives of **King Hezekiah**, **Samson the Judge**, **John the Baptist,** and **Paul the Apostle**. Journey with Dr. Freed to 25 of the 70 nations he has experienced.

### Orlando Regional Conference

Bring your sons, your dad, your friends, your Men's group, your Sunday School class !!

online at
**www.MightyMen.org**
or call **Mighty Men** at
1-86-MIGHTY-MEN
(1-866-444-8963)

Wednesdays
starting Jan 8
First Baptist Windermere
January - Downtown Chapel
February - Lakeside Campus

Sessions: Wed. 6:30 pm

**MIGHTY MEN®**
Box 70 ● Orlando FL 32802 ● 1-86MIGHTY-MEN (1-866-444-8963) ● www.MightyMen.org

Side - 1

**NOTICE OF ACCEPTANCE AND
ACKNOWLEDGEMENT OF §§8 & 15
DECLARATION**
**MAILING DATE: Dec 4, 2010**

The combined declaration of use and incontestability filed in connection with the registration identified below meets the requirements of Sections 8 and 15 of the Trademark Act, 15 U.S.C. §1058 and 1065.  The combined declaration is accepted and acknowledged.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     **2899732**
**MARK:**           **MIGHTY MEN**
**OWNER:**          **Mighty Men of God, Inc**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

MIGHTY MEN OF GOD INC
PO BOX 70
ORLANDO, FL   32802

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 2899732 |
| **REGISTRATION DATE** | 11/02/2004 |
| **SERIAL NUMBER** | 78287311 |
| **MARK SECTION** | |
| **MARK** | MIGHTY MEN |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 041 |
| **GOODS OR SERVICES** | educational services, namely, conducting conferences in the field of men's ministry |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT11\IMAGEOUT 11\782\873\78287311\xml1\ 8150002.JPG |
| **SPECIMEN DESCRIPTION** | Poster announcing recent "Mighty Men" conference. |
| **OWNER SECTION (current)** | |
| **NAME** | Mighty Men of God, Inc |
| **STREET** | PO Box 70 |
| **CITY** | Orlando |
| **STATE** | Florida |
| **ZIP/POSTAL CODE** | 32802 |
| **COUNTRY** | United States |
| **PHONE** | 407-909-0707 |
| **FAX** | 407-909-0808 |
| **EMAIL** | info@mightymen.org |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |

| STATE/COUNTRY OF INCORPORATION | Florida |
| --- | --- |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 300 |
| GRACE PERIOD | 100 |
| TOTAL FEE PAID | 400 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Dr Paul David Freed/ |
| SIGNATORY'S NAME | Dr Paul David Freed |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 11/16/2010 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Tue Nov 16 11:02:47 EST 2010 |
| TEAS STAMP | USPTO/S08N15-24.110.140.30-20101116110247070499-2899732-47065f858f92e2cce1fb4a979820737a18-CC-8652-2010116100347385312 |

PTO Form 1583 (Rev 5/2006)
OMB No. 0651-0055 (Exp 12/31/2011)

## Combined Declaration of Use and Incontestability under Sections 8 & 15
## To the Commissioner for Trademarks:

**REGISTRATION NUMBER:** 2899732
**REGISTRATION DATE:** 11/02/2004

**MARK:** MIGHTY MEN

The owner, Mighty Men of God, Inc, a corporation of Florida, having an address of
    PO Box 70
    Orlando, Florida 32802
    United States
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 041, the mark is in use in commerce on or in connection with **all** of the goods or services listed in the existing registration for this specific class: educational services, namely, conducting conferences in the field of men's ministry; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods or services listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods or services exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one specimen for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Poster announcing recent "Mighty Men" conference..
Specimen File1

A fee payment in the amount of $400 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

### Declaration

*The mark is in use in commerce on or in connection with the goods and/or services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce. The mark has been in continuous use in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce. There has been no final decision adverse to the owner's claim of ownership of such mark, or to the owner's right to register the same or to keep the same on the register; and there is no proceeding involving said rights pending and not disposed of either in the U.S. Patent and Trademark Office or in the courts.*

The undersigned being hereby warned that willful false statements and the like are punishable by fine or

imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Dr Paul David Freed/      Date: 11/16/2010
Signatory's Name: Dr Paul David Freed
Signatory's Position: President

Serial Number: 78287311
Internet Transmission Date: Tue Nov 16 11:02:47 EST 2010
TEAS Stamp: USPTO/S08N15-24.110.140.30-2010111611024
7070499-2899732-47065f858f92e2cce1fb4a97
9820737a18-CC-8652-20101116100347385312



**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**   2899732

**Serial Number:**   78287311

**RAM Sale Number:  8652**

**RAM Accounting Date:  20101116**

**Total Fees:**   $400

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20101116 | $100 | 1 | 1 | $100 |
| §15 affidavit | 7208 | 20101116 | $200 | 1 | 1 | $200 |
| Grace period combined §8 & 15 | 7206 | 20101116 | $100 | 1 | 1 | $100 |

Physical Location: 900  - FILE REPOSITORY (FRANCONIA)

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**   20101116





Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,899,732
Registered Nov. 2, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

## MIGHTY MEN

MIGHTY MEN OF GOD, INC (FLORIDA COR-
PORATION)
PO BOX 70
ORLANDO, FL 32802

FOR: EDUCATIONAL SERVICES, NAMELY,
CONDUCTING CONFERENCES IN THE FIELD OF
MEN'S MINISTRY, IN CLASS 41 (U.S. CLS. 100, 101
AND 107).

FIRST USE 10-30-2002; IN COMMERCE 11-12-2002.

SER. NO. 78-287,311, FILED 8-14-2003.

FLORENTINA BLANDU, EXAMINING ATTORNEY

Side - 1

|  | NOTICE OF PUBLICATION UNDER §12(a) |
|  | ISSUE DATE: 07-21-2004 |

The mark identified below will be published in the Official Gazette on 08-10-2004.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**  78287311
**MARK:**  MIGHTY MEN

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
2900 CRYSTAL DRIVE
ARLINGTON, VA  22202-3514

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

MIGHTY MEN OF GOD INC
PO BOX 70
ORLANDO , FL   32802

| From: | Glenn Barkley (barkley@mightymen.org) |
|---|---|
| To: | ECom112 (<br>EX:/O=USPTO/OU=USPTO/CN=RECIPIENTS/CN=ECOM11251C2E22751( |
| Subject: | Serial Number 78/287311 |
| Received: | 6/21/04 10:02:00 AM |
| Attachments: | |

Dear Mrs. Blandu:

Thank you for your quick review and for clearing our trademark application
for publication. We look forward to the approval of this mark.

Glenn Barkley
Mighty Men of God

# MIGHTY MEN OF GOD, INC.

May 7, 2004

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514

| | |
|---|---|
| Serial Number | 78/287311 |
| Filing Date | 8/14/2003 |
| Applicant | Mighty Men of God, Inc. |
| Telephone | (407) 909-0707 |
| E-mail | info@MightyMen.org |
| Office Action Date | 1/14/2004 |
| Examining Attorney | Florentina Blandu |
| Law Office | 112 |

New specimens are enclosed in support of the service mark application, which do mention the services we are rendering under the mark.

The substitute specimen were in use in commerce at least as early as the filing date of the application.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

Glenn Barkley
Treasurer, Mighty Men of God

Box 70 ✦ Orlando, FL 32802 ✦ 1-86-MIGHTY-MEN (1-866-444-8963) ✦ www.MightyMen.org
DR. PAUL D. FREED, FOUNDER & PRESIDENT



# MIGHTY MEN

WITH

# DR. PAUL FREED

A time of **life-impacting** ministry

TV, Conference & radio speaker

**Paul Freed** will **touch and energize**

**your life** with the life of David

and his Mighty Men ...

**MIGHTY MEN** with **DR. PAUL FREED**
Box 70 ● Orlando, FL 32802 ● 1-86-MIGHTY-MEN (1-866-444-8963)

# MIGHTY MEN

A United States based ministry with a calling to bring the Word of God to foreign shores as well as to our domestic brothers.

Clearly the role of man, husband and father are powerful points of entry for this life changing message. Mighty Men is sensitive to this doorway, and seeks to speak to the male spirit in an effort to convey the image of Jesus' nature toward a man's place as husband, father and mentor on behalf of his family, church, workplace and community.

## MIGHTY MEN
### Conferences

MIGHTY MEN seeks to minister to the man here, in America. It is our goal to paint an image of Christ as a lifestyle model and to provide information that will help strengthen men to continue after that model.

## MEN'S MINISTRY
### INTERNATIONAL

Those familiar with the Bible will recall the many miles that Jesus' apostles traveled to bring the Good News of life through grace to a land desperately in need of it. Annual events and an ongoing indigenous presence of Mighty Men in many regions is critical. Having the potential to reach many thousands upon thousands of men with an international impact is thrilling!



### Dr. Paul Freed

Eighty years ago Dr. Freed's grandfather pastored a church in Jerusalem, while his father founded the world's largest ministry radio network, Trans World Radio. Dr. Freed carries a passion and zeal to see men everywhere rise up to their full potential as faithful friends, husbands, fathers and sons.

Paul did his undergraduate studies at Wheaton College and Philadelphia Biblical University, while doing his graduate work at Dallas Theological Seminary, Homestead College of Bible and the University of Oxford [England]. He has traveled, lived and ministered in over fifty nations. Millions have enjoyed his daily missionary broadcast "Hope for Tomorrow."

Paul and his wife of thirty years, Sandy, have three grown children. Their oldest daughter and husband are teachers in Asia, completing four generations of international teachers and missionaries.



# MIGHTY MEN

## MEN'S MINISTRY
### INTERNATIONAL

Box 70 ◆ Orlando, FL 32802
1-86-MIGHTY MEN (1-866-444-8963)
www.MightyMen.ORG

Dr. Paul David Freed, Founder & President

## The Message of the MIGHTY MEN SM

1. MIGHTY MEN are messengers of the gospel of Jesus Christ.

2. MIGHTY MEN are messengers of blessing for their wives, protection for their children and honor for their parents.

3. MIGHTY MEN are messengers of support for their church and strength for their Pastor.

4. MIGHTY MEN are messengers of diligence for their workplace and care for others.

5. MIGHTY MEN are messengers of concern for their community and peace for their world.

## The Partners of MIGHTY MEN SM



Campus Crusade for Christ International



SLAVIC MISSIONARY SERVICE, INC.



Korean Men's Ministry

## The Theme of MIGHTY MEN SM

"Mighty men of valor, men trained for war, who could handle shield and spear, and whose faces were like the faces of lions, and they were as swift as the gazelles on the mountains."

(1 Chron. 12:8)

MEN OF MIGHT

MEN OF WISDOM



MEN OF VISION

MEN OF HOLINESS

### DR. PAUL FREED



Eighty years ago Dr. Freed's grandfather pastored a church in Jerusalem, while his father founded the world's largest ministry radio network, Trans World Radio. Dr. Freed carries a passion and zeal to see men everywhere rise up to their full potential as faithful friends, husbands, fathers and sons.

Paul did his undergraduate studies at Wheaton College and Philadelphia Biblical University, while doing his graduate work at Dallas Theological Seminary, Homestead College of Bible and the University of Oxford [England]. He has traveled, lived and ministered in over fifty nations. Millions have enjoyed his daily missionary broadcast "Hope for Tomorrow".

Paul and his wife of thirty years, Sandy, have three grown children. Their oldest daughter and husband are missionary teachers in Asia, completing four generations of international missionaries.

### MIGHTY MEN
#### WITH
### DR. PAUL FREED

Box 70 ● Orlando, FL 32802
1-86-MIGHTY-MEN ● (1-866-444-8963)
Fax (407) 909-0808 ● www.MightyMen.**org**

MIGHTY MEN

with

DR. PAUL FREED

# MIGHTY MEN™ is for you . . .

Enjoy a weekend that will challenge and envision you to fulfill your God-given role as a man. Fellowship with other men that are serious about manhood.

## Subjects include:

**•◦ MEN OF MIGHT**

**•◦ MEN OF WISDOM**

**•◦ MEN OF VISION**

**•◦ MEN OF HOLINESS**

**Provided to Attendees:** ◦ 24-page men's manual ◦ Handsome Certificate ◦ Name tag with holder ◦ Writing pen

**MIGHTY MEN WITH DR. PAUL FREED** • Box 70, Orlando, FL 32802

Call **MIGHTY MEN** at **1-86-MIGHTY-MEN** for more information and to register by credit card.

VISA

**DRESS IS CASUAL**

**Full Name** (for name tag and certificate)

_____

Address _____

_____

_____



| | |
|---|---|
| **To:** | Mighty Men of God, Inc (info@mightymen.org) |
| **Subject:** | TRADEMARK APPLICATION NO. 78287311 - MIGHTY MEN - N/A |
| **Sent:** | 1/14/04 10:46:10 AM |
| **Sent As:** | ECom112 |
| **Attachments:** | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/287311

**APPLICANT**:    Mighty Men of God, Inc

**CORRESPONDENT ADDRESS**:
   Mighty Men of God, Inc
PO Box 70
Orlando, FL 32802

**RETURN ADDRESS**:
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
**ecom112@uspto.gov**

**MARK**:    MIGHTY MEN

**CORRESPONDENT'S REFERENCE/DOCKET NO** :  N/A

**CORRESPONDENT EMAIL ADDRESS**:
   info@mightymen.org

Please provide in all correspondence:

1.  Filing date, serial number, mark and
   applicant's name.
2.  Date of this Office Action.
3.  Examining Attorney's name and
   Law Office number.
   4.  Your telephone number and e-mail address.

## PRIORITY ACTION

OFFICE SEARCH:  The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 704.02.

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE**.  This case will be given priority as an amended case if you respond to the requirements stated below within two months.

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

Serial Number  78/287311

The following issues were discussed in communication with Dr. Paul Freed on 01/14/04.

### *NEW SPECIMEN SUPPORTED BY A DECLARATION IS REQUIRED*

The specimen is unacceptable as evidence of actual service mark use because it does not mention the services that the applicant is rendering under the mark. The applicant must submit one specimen showing the mark as it is used in commerce. 37 C.F.R Section 2.58. **Examples of acceptable specimens are signs, photographs, brochures or advertisements that show the mark used in the sale or advertising of the services**. TMEP section 1301.04. The applicant must verify, with an affidavit or a declaration under 37 C.F.R. Section 2.20, that the substitute specimen was in use in commerce at least as early as the filing date of the application. 37 C.F.R. Section 2.59(a); TMEP section 905.10.

The statement supporting use of the substitute specimen must read as follows:

> **The substitute specimen was in use in commerce at least as early as the filing date of the application.**

The applicant must sign this statement either in affidavit form or with a declaration under 37 C.F.R. Section 2.20.

The following is a properly worded declaration under 37 C.F.R. Section 2.20. At the end of the response, the applicant should insert the declaration signed by someone authorized to sign under 37 C.F.R. Section 2.33(a).

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that the facts set forth in this application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

### *NOTE FOR ELECTRONIC RESPONSES*

Any communications regarding pending applications sent via e-mail to any of the law office e-mail addresses must:

(1)  be in English;
(2)  *include the entire response as e-mail text, not as an attachment*;
(3)  list the serial number in the "Subject" line; and
(4)  include any specimens or evidence in jpg or gif format only.

For security and compatibility reasons, the Office will **not** accept communications that include any attachments, other than those in jpg or gif format. Thus, no **attachments** in WordPerfect®, Word, Adobe® PDF or any other format EXCEPT jpg or gif can be accepted.

Additionally, all such communications sent via e-mail should (1) be **signed electronically** (using the same format accepted for electronically-filed applications, namely, the signatory must enter any combination of alpha/numeric characters that has been specifically adopted to serve the function of the signature, preceded and followed by the forward slash (/) symbol. **Acceptable "signatures" could include: /john doe/; /jd/; and /123-4567/.** (See 64 FR 33056, 33062 (June 21, 1999))); and (2) address every issue raised. Failure to comply with these additional requirements will result in delays in prosecuting your application.

### NOTE REGARDING TIMELY FILING OF RESPONSES

The statutory period for response to an Office action during examination is six months. 15 U.S.C. §1062(b). The examining attorney does not have any discretion to shorten or extend such period.

The crucial date for the response is the date it is received by the Office, not the date it is mailed by the applicant. The applicant should see 37 C.F.R. §§1.8 and 1.10; TMEP §§702.02, 702.03 and 702.04(f), regarding certificate of mailing, certificate of transmission and "Express Mail" procedures to avoid lateness.

### NOTE REGARDING STATUS OF APPLICATION

Current status and status date information is available on-line at http://tarr.uspto.gov/ or, via push button telephone, for all federal trademark registration and application records maintained in the automated Trademark Reporting and Monitoring (TRAM) system. The information may be accessed by calling (703) 305-8747 from 6:30 a.m. until midnight, Eastern Time, Monday through Friday, and entering a seven-digit registration number or eight-digit application number, followed by the "#" symbol, after the welcoming message and tone. Callers may request information for up to five registration number or application number records per call.

If the applicant has any questions or needs assistance in responding to this Office action, please telephone or e-mail the assigned examining attorney.

FBlandu
Trademark Attorney
/florentina blandu/
l.0.112
tel (703) 308-9112 ext. 104
fax (703) 872-9173
e-mail: ecom112@uspto.gov

**How to respond to this Office Action:**

To respond formally using the Office's Trademark Electronic Application System (TEAS), visit **http://www.uspto.gov/teas/index.html** and follow the instructions.

To respond formally via E-mail, visit **http://www.uspto.gov/web/trademarks/tmelecresp.htm** and follow the instructions.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at **http://www.uspto.gov/main/trademarks.htm**

*** User:fblandu ***

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|--------------------|-------------------------|------------------|
| 01 | 3137        | N/A        | 0                | 0                  | 0:03                    | *m$ght*[bi,ti]   |
| 02 | 88380       | N/A        | 0                | 0                  | T/0:06                  | *m$n*[bi,ti]     |
| 03 | 360120      | N/A        | 0                | 0                  | 0:32                    | *m$n*[bi,ti]     |
| 04 | 1147207     | N/A        | 0                | 0                  | 0:04                    | 041[cc]          |
| 05 | 2003487     | N/A        | 0                | 0                  | 0:04                    | dead[ld]         |
| 06 | 1073        | N/A        | 0                | 0                  | 0:01                    | 1 and 3          |
| 07 | 128         | 0          | 128              | 26                 | 0:02                    | (6 and 4) not 5  |
| 08 | 286         | 0          | 286              | 64                 | 0:01                    | (1 and 4) not 5  |

Session started 1/13/04 8:16:23 PM

Session finished 1/13/04 8:29:04 PM

Total search duration 0 minutes 53 seconds

Session duration 12 minutes 41 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 78287311

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Trademark/Service Mark Application, Principal Register, with Declaration

### Serial Number: 78287311
### Filing Date: 08/14/2003

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| MARK | MIGHTY MEN |
| OWNER | |
| NAME | Mighty Men of God, Inc |
| STREET | PO Box 70 |
| CITY | Orlando |
| STATE | FL |
| ZIP/POSTAL CODE | 32802 |
| COUNTRY | USA |
| PHONE | 407-909-0707 |
| FAX | 407-909-0808 |
| EMAIL | info@mightymen.org |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| LEGAL ENTITY | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Florida |
| CORRESPONDENCE | |
| NAME | Mighty Men of God, Inc |
| STREET | PO Box 70 |
| CITY | Orlando |
| STATE | FL |

| | |
|---|---|
| ZIP/POSTAL CODE | 32802 |
| COUNTRY | USA |
| EMAIL | info@mightymen.org |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| GOODS AND/OR SERVICES | |
| INTERNATIONAL CLASS | 041 |
| DESCRIPTION TEXT | educational services, namely, conducting conferences in the field of men's ministry |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 10/30/2002 |
| FIRST USE IN COMMERCE DATE | 11/12/2002 |
| SPECIMEN FILE NAME(S) | \\ticrs\EXPORT6\IMAGEOUT6\782\873\78287311\xml1\APP0002.JPG |
| SPECIMEN DESCRIPTION | Scanned front cover of Mighty Men of God Conference CD recording set |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Dr Paul D Freed/ |
| SIGNATURE DATE | 08/14/2003 |
| SIGNATORY NAME | Dr Paul D Freed |
| SIGNATORY POSITION | president |
| PAYMENT | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| RAM SALE NUMBER | 752 |
| RAM ACCOUNTING DATE | 08/14/2003 |
| FILING INFORMATION | |
| SUBMIT DATE | Thu Aug 14 11:59:10 EDT 2003 |

| | |
|---|---|
| TEAS STAMP | USPTO/BAS-2423315219<br>2-200308141159106591<br>28-78287311-2008c786<br>b15875ac5e9a72d33475<br>a3256-CC-752-2003081<br>4114538870791 |

PTO Form 1478 (Rev 4/2000)
OMB Control #0651-0009 (Exp. 08/31/2004)

# Trademark/Service Mark Application, Principal Register, with Declaration

**Serial Number: 78287311**
**Filing Date: 08/14/2003**

## To the Commissioner for Trademarks:

**MARK:**  MIGHTY MEN

The applicant, Mighty Men of God, Inc, a corporation of Florida, residing at PO Box 70, Orlando, FL USA 32802, requests registration of the trademark/service mark shown on the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

International Class 041: educational services, namely, conducting conferences in the field of men's ministry

In International Class 041: the mark was first used at least as early as 10/30/2002, and first used in commerce at least as early as 11/12/2002, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Scanned front cover of Mighty Men of God Conference CD recording set.

Specimen - 1

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to

be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Dr Paul D Freed/   Date: 08/14/2003
Signatory's Name: Dr Paul D Freed
Signatory's Position: president

Mailing Address:
    Mighty Men of God, Inc
    PO Box 70
    Orlando, FL 32802

RAM Sale Number: 752
RAM Accounting Date: 08/14/2003

Serial Number: 78287311
Internet Transmission Date: Thu Aug 14 11:59:10 EDT 2003
TEAS Stamp: USPTO/BAS-24233152192-20030814115910659128-78287311-2008c786b15875ac5e9a72d33475a3256-CC-752-20030814114538870791



**FILING DATE:**

2003/08/14

**SERIAL NUMBER:**

78/287311



TRADEMARK APPLICATION

FEE RECORD SHEET

RAM SALE NUMBER: 752

RAM ACCOUNTING DATE: 20030814

| Description | Fee Code | Fee Amount | Number Of Classes | Total Fees Paid |
|---|---|---|---|---|
| New App | 7001 | 335 | 1 | 335 |

Drawing Page

Page 1 of 1

**Drawing Page**

**Date/Time Stamp:**

08/14/2003 11:45:3

**Serial Number:**

78287311

**Mark:**

MIGHTY MEN

**Applicant:**
Mighty Men of God, Inc
PO Box 70
Orlando FL 32802
USA

**Date of First Use Anywhere:**10/30/2002
**Date of First Use In Commerce:**11/12/2002

**Goods and Services:**
educational services, namely, conducting conferences in the field of men's ministry

file: 20030814115910659128-78287311

2003/08/14

SPECIMEN

78287311



