**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 14-20201-CV-UNGARO**

| | | |
|---|---|---|
| MIGHTY MEN OF GOD, INC. | ) | NOTICE OF VOLUNTARY |
| Plaintiff(s) | ) | DISMISSAL PURSUANT TO |
| | ) | F.R.C.P. 41(a)(1)(A)(i) |
| v. | ) | |
| | ) | |
| WORLD OUTREACH CHURCH | ) | |
| OF MURFREESBORO TN, INCORP., et al. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.P.C. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Mighty Men of God, Inc. and or their counsel , hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants World Outreach Church, Intend Ministries, Angus Buchan, Phillip Jackson, and G. Allen Jackson.

03/12/2014

Respectfully submitted,

By: s/Ruben Alcoba/

Ruben Alcoba, Esq.
FL Bar no. 169160
Alcoba Law Group, P.A.
3399 NW 72 Avenue, Suite 211
Miami, Florida 33122
Tel. 305.362.8118
Fax. 305.436.7429
alcoba@miamipatents.com