**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 1:14-cv-20201-UU

MIGHTY MEN OF GOD, INC.,

      Plaintiff,

v.

WORLD OUTREACH CHURCH
OF MURFREESBORO TN, INC., *et al.*,

      Defendants.
_____/

## ADMINISTRATIVE ORDER

THIS CAUSE is before the Court *sua sponte.*

THE COURT has reviewed the record and is otherwise fully advised in the premises.  On

March 12, 2014, Plaintiff filed a Notice of Voluntary Dismissal, D.E. 8, which is effective

without further action by the Court.  Accordingly, it is hereby

ORDERED AND ADJUDGED that, for Administrative Purposes, this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record